AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Adam Wayne Tyler Roberts
3320 13th St. E. Bradenton, FL 34208-4254

)
)
)
)
)

*Plaintiff(s)*

v.

RICK SWEARINGEN, in his Official
Capacity as Commissioner of the Florida

)
)
)
)
)
)

*Defendant(s)*

Civil Action No. 8:18cv1062T33TGW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RICK SWEARINGEN, in his Official
Capacity as Commissioner of the Florida

Department of Law Enforcement,
Florida Department of Law Enforcement
2331 Phillips Road
Tallahassee, FL 32308,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam Wayne Tyler Roberts - Pro Se
3320 13th St. E. Bradenton, FL 34208-4254

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*[signature]*

Date: 05/01/2018

*Signature of Clerk or Deputy Clerk*

[Stamp: RECEIVED 2018 MAY -1 PM 2:09 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA]