UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAM WAYNE TYLER ROBERTS,

    Plaintiff,

v.                                                        Case No: 8:18-cv-1062-T-33TGW

PAM BONDI and RICK SWEARINGEN,

    Defendants.
_____

NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                      <u>**Leon County Circuit Court 2018 CA 000564 - HUNT, JONATHAN vs STATE OF FLORIDA. Plaintiffs not personally known. Both Cases have inverse condemnation claims on Fla Stat. 790.222, But other case only seeks compensation and not invalidating ban, otherwise unrelated.**</u>

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: 05/16/18

_____
Adam Roberts - Pro Se
3320 13th St. E.
Bradenton, FL 34208-4254
(941) 877-0324