## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 8:18CV1062T33TGW

Plaintiff:
**ADAM WAYNE TYLER ROBERTS**

vs.


KDY2018017960

Defendant:
**PAM BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF FLORIDA**

For:
ADAM ROBERTS
3320 13TH ST. E.
BRADENTON, FL 34208-4254

Received by KD PROCESS on the 14th day of May, 2018 at 9:00 am to be served on **PAM BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF FLORIDA OFFICE OF ATTORNEY GENERAL, STATE OF FLORIDA, THE CAPITOL PL-01, TALLAHASSEE, FL 32399.**

I, Kole Kady, do hereby affirm that on the **14th day of May, 2018** at **10:57 am, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **COREY ALLEN** as **SENIOR ANALYST I** for **PAM BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF FLORIDA**, authorized to accept service, of the within named corporation, at the alternate address of: **107 W GAINES STREET, TALLAHASSEE, FL 32399**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: WHITE, Height: 5'5", Weight: 120, Hair: BROWN, Glasses N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.          "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Kole Kady
225

**KD PROCESS**
**2957 CAPITAL PARK DRIVE**
**SUITE # 7**
**TALLAHASSEE, FL 32301**
**(850) 545-3452**

Our Job Serial Number: KDY-2018017960

Copyright © 1992-2018 Database Services, Inc - Process Server's Toolbox V7 2p

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Adam Wayne Tyler Roberts<br>3320 13th St. E. Bradenton, FL 34208-4254<br><br>*Plaintiff(s)*<br>v.<br><br>PAM BONDI, in her Official Capacity<br>as Attorney General of Florida<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 8:18cv1062T33tgw<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

KK225
5/14/18
10:57am

To: *(Defendant's name and address)* PAM BONDI, in her Official Capacity
as Attorney General of Florida,

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam Wayne Tyler Roberts - Pro Se
3320 13th St. E. Bradenton, FL 34208-4254

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date   05/01/2018

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pam Bondi
was received by me on *(date)* 5/14/18

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Corey Allen, who is designated by law to accept service of process on behalf of *(name of organization)* Attorney General on *(date)* 5/14/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/14/18

Server's signature

Eric Katy #225
Printed name and title

2957 Capital Park Dr, Suite 7
Tallahassee, Florida 32301
(850) 727-4343

Server's address

Additional information regarding attempted service, etc: