## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 8:18CV1062T33TGW

Plaintiff:
**ADAM WAYNE TYLER ROBERTS**

vs.

Defendant:
**RICK SWEARINGEN, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE FLORIDA**

KDY2018017615

For:
ADAM ROBERTS
3320 13TH ST. E.
BRADENTON, FL 34208-4254

Received by KD PROCESS on the 11th day of May, 2018 at 9:46 am to be served on RICK SWEARINGEN, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE FLORIDA DEPARTMENT OF LAW ENFORCEMENT, FLORIDA DEPARTMENT OF LAW ENFORCEMENT, 2331 PHILLIPS ROAD, TALLAHASSEE, FL 32308.

I, TYREE SLADE, do hereby affirm that on the **11th day of May, 2018 at 11:30 am**, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Amy Schrader as Receptionist** authorized to accept service, of the within named corporation, at the address of: **2331 PHILLIPS ROAD, TALLAHASSEE, FL 32308** on behalf of **RICK SWEARINGEN, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE FLORIDA**, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person Served:** Age: 33, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 170, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.                "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

2018 MAY 17  PM 2: 28

_____
**TYREE SLADE**
Process Server 214

**KD PROCESS**
**2957 CAPITAL PARK DRIVE**
**SUITE # 7**
**TALLAHASSEE, FL 32301**
**(850) 545-3452**

Our Job Serial Number: KDY-2018017615

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Adam Wayne Tyler Roberts<br>3320 13th St. E. Bradenton, FL 34208-4254<br><br>*Plaintiff(s)*<br>v.<br>RICK SWEARINGEN, in his Official<br>Capacity as Commissioner of the Florida<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 8:18cv 1062 T 33tew

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RICK SWEARINGEN, in his Official
Capacity as Commissioner of the Florida

Department of Law Enforcement,
Florida Department of Law Enforcement
2331 Phillips Road
Tallahassee, FL 32308,

TS214
5|11|18
11:30am

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Adam Wayne Tyler Roberts - Pro Se
3320 13th St. E. Bradenton, FL 34208-4254

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT

Date        05/01/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Rick Swearingen_

was received by me on *(date)* _5/11/18_ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Amy Schrader_ , who is

designated by law to accept service of process on behalf of *(name of organization)* _florida_

_dept of law enforcement_ on *(date)* _5/11/18_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _5/11/18_

_____
*Server's signature*

Tyree Slade   #214
*Printed name and title*

2957 Capital Park Dr., Suite 7
Tallahassee, FL 32301
*Server's address*

Additional information regarding attempted service, etc: