**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADAM WAYNE TYLER ROBERTS,

 *Plaintiff*,

 v.         Case No. 8:18-CV-1062-T-33TGW

PAM BONDI and RICK SWEARINGEN; **UNOPPOSED MOTION FOR EXTENSION OF TIME**

 *Defendants*.
_____/

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** of the appearance of the undersigned counsel on behalf of all the Defendants. All pleadings and papers should be served upon Mr. Wenger at the e-mail addresses listed below:

| | |
|---|---|
| Primary Email: | edward.wenger@myfloridalegal.com |
| Secondary Emails: | jennifer.bruce@myfloridalegal.com |
| | jenna.hodges@myfloridalegal.com |

Respectfully submitted.

PAMELA JO BONDI
ATTORNEY GENERAL

*/s/ Edward M. Wenger*
Edward M. Wenger (FBN 85568)
CHIEF DEPUTY SOLICITOR GENERAL
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
edward.wenger@myfloridalegal.com

*Counsel for All Defendants*

## CERTIFICATE OF SERVICE

I certify that on this May 30, 2018, a copy of the foregoing was served on Plaintiff through CM/ECF's Notice of Electronic Filing System. Plaintiff, who is proceeding pro se, has been authorized to use the Court's CM/ECF system. *See* DE:6. Counsel has also served Plaintiff via email at adam@bumpstocklegalaction.com and at adam9680@tampabay.rr.com.

/s/ *Edward M. Wenger*
Edward M. Wenger