UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAM WAYNE TYLER ROBERTS,

   *Plaintiff*,

   v.                                                   Case No. 8:18-CV-1062-T-33TGW

PAM BONDI and RICK SWEARINGEN;   **UNOPPOSED MOTION FOR EXTENSION OF TIME**

   *Defendants*.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants hereby move for a 30-day extension of time in which to respond to Plaintiff's Complaint. Plaintiff does not oppose the requested extension.

1. Plaintiff served Defendant Rick Swearingen on May 11, 2018, and served Defendant Pam Bondi on May 14, 2018. Under Rule 12(a), Defendant Rick Swearingen's response to Plaintiff's Complaint is currently due **June 1, 2018**.

2. This is Defendants' first request for an extension of time in this case.

3. The Florida Solicitor General's Office, which has recently undertaken representation of the Defendants in this proceeding, has numerous case assignments with pressing deadlines in matters of exceptional importance to the State. Specifically, the attorneys involved in this case have a number of upcoming deadlines, including:

    a.    June 1, 2018, Answer Brief in *Boston v. State*, No. 1D17-5190 (Fla. 1st DCA);

    b.    June 1, 2018, Appendix, *Hand v. Scott*, No. 18-11388 (11th Cir.)

    c.      June 7, 2018, Jurisdictional Brief in *Martin v. Florida* (Fla.);

    d.      June 11, 2018, Jurisdictional Brief in *Love v. Florida* (Fla.);

    e.      June 13, 2018, Answer Brief in *Sears v. Rivero*, No. 15-15080 (11th Cir.);

    f.      June 26, 2018, Oral Argument in *Hight v. State*, No. 4D16-4261 (Fla. 4th DCA);

    g.      June 28, 2018, Answer Brief in *Aviles-Manfredy v. State*, No. 1D17-3005 (Fla. 1st DCA).

4.    Plaintiff's challenge to the recently enacted Marjory Stoneman Douglas High School Public Safety Act, involving claims under both the U.S. Constitution and Florida's Constitution, presents several issues of first impression in this Court. An extension will ensure that counsel have sufficient time to carefully review Plaintiff's claims and to prepare a response that will facilitate this Court's assessment of the complex and important issues involved.

5.    If the Court grants this extension motion, Defendants' response to Plaintiff's Complaint will be due July 2, 2018.

**WHEREFORE**, Defendants respectfully request a 30-day extension of time within which to file its response to Plaintiff's Complaint.

Respectfully submitted.

PAMELA JO BONDI
ATTORNEY GENERAL

*/s/ Edward M. Wenger*
Edward M. Wenger (FBN 85568)
CHIEF DEPUTY SOLICITOR GENERAL
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
edward.wenger@myfloridalegal.com

*Counsel for All Defendants*

## LOCAL RULE 3.01(g) CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 3.01(g), counsel for Defendants conferred with Plaintiff (who is proceeding pro se) on May 29, 2018, and Plaintiff advised Defendants that he does not oppose the requested extension.

/s/ *Edward M. Wenger*  
Edward M. Wenger

## CERTIFICATE OF SERVICE

I certify that on this May 30, 2018, a copy of the foregoing was served on Plaintiff through CM/ECF's Notice of Electronic Filing System. Plaintiff, who is proceeding pro se, has been authorized to use the Court's CM/ECF system. *See* DE:6. Counsel has also served Plaintiff via email at adam@bumpstocklegalaction.com and at adam9680@tampabay.rr.com.

/s/ *Edward M. Wenger*
Edward M. Wenger
