## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ADAM WAYNE TYLER ROBERTS,

   *Plaintiff*,

   v.                                Case No. 8:18-CV-1062-T-33TGW

PAM BONDI and RICK SWEARINGEN;

   *Defendants*.

_____/

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of all the Defendants. All pleadings and papers should be served upon Mr. Baum at the email addresses listed below:

   Primary Email:      christopher.baum@myfloridalegal.com

   Secondary Emails:   jennifer.bruce@myfloridalegal.com
                                 jenna.hodges@myfloridalegal.com

                                 Respectfully submitted.

                                 */s/ Christopher J. Baum*
                                 Christopher J. Baum (FBN 1007882)
                                 DEPUTY SOLICITOR GENERAL
                                 Office of the Attorney General
                                 The Capitol, Pl-01
                                 Tallahassee, Florida 32399-1050
                                 (850) 414-3887
                                 (850) 410-2672 (fax)
                                 christopher.baum@myfloridalegal.com

   *Counsel for All Defendants*

## CERTIFICATE OF SERVICE

I certify that on this June 13, 2018, a copy of the foregoing was served on Plaintiff through CM/ECF's Notice of Electronic Filing System. Plaintiff, who is proceeding pro se, has been authorized to use the Court's CM/ECF system. *See* ECF No. 6.

/s/ *Christopher J. Baum*
Christopher J. Baum
