# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order, regarding *Roberts v. Bondi*, No. 8:18-cv-1062.

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Agarwal, Amit, *counsel for Defendants*
Baum, Christopher, *counsel for Defendants*
Bondi, Pam, *Defendant*
Florida Department of Law Enforcement
Florida Office of the Attorney General
Pratt, Jordan, *counsel for Defendants*
Roberts, Adam, *Plaintiff*
Swearingen, Rick, *Defendant*
Wenger, Edward, *counsel for Defendants*

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

n/a

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

n/a

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

n/a

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: June 18, 2018                                        /s/ Christopher J. Baum
                                                                    _____
                                                                    Christopher J. Baum
                                                                    Deputy Solicitor General
                                                        Office of the Attorney General, State of Florida
                                                        107 West Gaines St., Tallahassee, FL 32399
                                                        (850) 414-3887