# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

# TAMPA DIVISION

ADAM WAYNE TYLER ROBERTS,
Plaintiff,

v.

Case No: 8:18-cv-1062-T-33TGW

PAM BONDI and RICK SWEARINGEN,

Defendants

_____

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**A.) Plaintiff Adam Wayne Tyler Roberts**
**B.) Defendant Pamela J. Bondi in her official capacity**
**C.) Defendant Richard L. Swearingen in his official capacity**
**D.) Edward M. Wenger - Counsel for Defendants**
**E.) Christopher J. Baum – Counsel for Defendants**
**F.) Jordan Pratt – Counsel for Defendants**
**G.) Amit Agarwal - Counsel for Defendants**
**H.) Florida Department of Law Enforcement**
**I.) Florida Office of the Attorney General**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None, other than listed above.**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Adam Wayne Tyler Roberts**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

06/18/18

_/S/ Adam Roberts____
Adam Wayne Tyler Roberts
3320 13th St. E.
Bradenton, FL 34208-4254
(941) 877-0324
adam@bumpstocklegalaction.com

CERTIFICATE OF SERVICE

I Adam Wayne Tyler Roberts ,HEREBY CERTIFY that a true and correct copy of the foregoing was served to defendants' counsel through CM/ECF's Notice of Electronic Filing System.

                                                __/s/ Adam Roberts_____
                                                Adam Wayne Tyler Roberts