AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| ADAM WAYNE TYLER ROBERTS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 8:18-cv-01062-VMC-TGW |
| PAMELA BONDI, et al. | ) | |
| *Defendants* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PAMELA BONDI and RICK SWEARINGEN.

Date: June 27, 2018

/s/ Diana R. Esposito
*Attorney's signature*

Diana R. Esposito, FL Bar No. 0016523
*Printed name and bar number*

Office of the Attorney General
501 E. Kennedy Blvd., Suite 1100
Tampa, FL 33602
*Address*

Diana.Esposito@myfloridalegal.com
*E-mail address*

(813) 577-4532
*Telephone number*

(813) 233-2886
*FAX number*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 27, 2018, I electronically filed the foregoing Appearance of Counsel with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those persons capable of receiving such notice of electronic filing, including Plaintiff, Adam Wayne Tyler Roberts, adam9680@tampabay.rr.com.

/s/ Diana R. Esposito
Diana R. Esposito
Chief Assistant Attorney General
