UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAM WAYNE TYLER ROBERTS

   *Plaintiff*,

   v.                                   Case No. 8:18-CV-1062-VMC-TGW

PAM BONDI, AND
RICK SWEARINGEN

   *Defendants*.
_____/

**DEFENDANTS, PAM BONDI AND RICK SWEARINGEN'S
MOTION FOR CONTINUANCE OF THE CASE MANAGEMENT
CONFERENCE**

     **COME NOW**, Pamela J. Bondi and Rick Swearingen, by and through the undersigned counsel, and hereby move this Honorable Court for a continuance of the Case Management Conference currently scheduled for Friday, June 29, 2018 at 11:00 a.m. In support thereof, Defendants state as follows:

     1. This matter is handled by the Solicitor General's Office in Tallahassee, Chief Deputy Solicitor General, Edward Wenger, and Deputy Solicitor General, Christopher Baum, and now most recently the undersigned.

     2. On the date of the Conference, June 29, 2018, Edward Wenger will be out of the State on a personal matter. What's more, the Solicitor General's Office in Tallahassee is short one attorney and they have two answer briefs due this week in the First DCA: *Aviles-Manfredy v. State*, No. 1D17-3005; and *Northwood Associates v. Detzner*, No. 1D18-0010. In addition, they

1

have an Opposition to Motion for Summary Judgment also due this week in the case of *Knight v. Sheriff of Leon Cty.*, No. 4:17-cv-464 (N.D. Fla.)

3. Defendants response to the Complaint is not due until July 2, 2018 and has not yet been filed.

4. As such, the undersigned respectfully moves for a continuance of the case management conference scheduled for Friday, June 29, 2018.

5. This request for a continuance is sought in good faith and is not made for any improper purpose.

6. Pursuant to Middle District Local Rule 3.01(g), the undersigned certifies that she has contacted Plaintiff, Adam Wayne Tyler Roberts and spoke to him by telephone on this date. Mr. Roberts indicates that he is "neutral" on whether he opposes this motion.

**WHEREFORE,** Defendants, Pamela J. Bondi and Rick Swearingen respectfully request this Honorable Court grant a continuance of the case management conference to the last week of July 2018 or beyond or for any such further relief as this Court deems appropriate.

### MEMORANDUM OF LAW

A Rule 16 Conference may be continued at the discretion of the Court and upon good cause shown. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Court may enlarge the time period in which an act is required to be done "for cause shown." Under the circumstances presented, cause has been shown and there will be no undue prejudice to the Plaintiff. The presence of Deputy Solicitor General Edward Wenger at such conference will be to the benefit of all parties.

Respectfully submitted,

PAMELA JO BONDI
ATTORNEY GENERAL

/s/Diana R. Esposito
Chief-Assistant Attorney General
Florida Bar # 0016523
Office of the Attorney General
501 East Kennedy Blvd., Suite 1100
Tampa, FL  33602
(813) 577-4532 (813) 233-2886 (fax)
Diana.esposito@myfloridalegal.com
Counsel for Defendants
Pamela Bondi and Rick Swearingen

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 27, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to those persons capable of receiving such notice of electronic filing, including, Plaintiff, Adam Wayne Tyler Roberts, adam9680@tampabay.rr.com.

/s/Diana R. Esposito
Chief-Assistant Attorney General
