## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ADAM WAYNE TYLER ROBERTS,

   *Plaintiff*,

   v.                                    Case No. 8:18-CV-1062-T-33TGW

PAM BONDI and RICK SWEARINGEN;

   *Defendants*.

_____/

### **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of all Defendants. All pleadings and papers should be served upon Mr. Pratt at the email addresses listed below:

   Primary Email:      jordan.pratt@myfloridalegal.com

   Secondary Emails:   jennifer.bruce@myfloridalegal.com
                                   jenna.hodges@myfloridalegal.com

                                   Respectfully submitted.

                                   */s/    Jordan E. Pratt*
                                   Jordan E. Pratt (FBN 100958)
                                   DEPUTY SOLICITOR GENERAL
                                   Office of the Attorney General
                                   The Capitol, Pl-01
                                   Tallahassee, Florida 32399-1050
                                   (850) 414-3681
                                   (850) 410-2672 (fax)
                                   jordan.pratt@myfloridalegal.com

                               *Counsel for All Defendants*

## CERTIFICATE OF SERVICE

I certify that on this June 29, 2018, a copy of the foregoing was served on Plaintiff through CM/ECF's Notice of Electronic Filing System. Plaintiff, who is proceeding pro se, has been authorized to use the Court's CM/ECF system. *See* ECF No. 6.

*/s/    Jordan E. Pratt*
Jordan E. Pratt
