**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HONORABLE VIRGINIA M. HERNANDEZ COVINGTON**

| | |
|---|---|
| CASE NO. 8:18-cv-1062-T-33TGW | DATE: July 9, 2018 |
| TITLE: Adam Wayne Tyler Roberts v. Pam Bondi and Rick Swearingen | |
| TIME: 10:32 a.m. – 10:51 a.m. | TOTAL: 19 minutes |

| | |
|---|---|
| Courtroom Deputy: Ariana Diaz | |
| Court Reporter: Scott Gamertsfelder | |
| Counsel for Plaintiff: Pro Se | |
| Counsel for Defendant: Diana Esposito and Edward Wenger | |

## *CLERK'S MINUTES: PROCEEDINGS OF STATUS CONFERENCE*

Court in session.

The Court discusses its scheduling order with parties.

Plaintiff gives his position as to his case.

Defense counsel, Mr. Wenger, responds and advises the Court he has no objections to the Court's scheduling order.

Plaintiff will be opposing Defendant's Motion to Dismiss (Doc. No. 27) and requests an extension of time to respond.

The Court grants Plaintiff's request and extends the response deadline to Defendant's Motion to Dismiss (Doc. No. 27) to July 30, 2018.

Court adjourned.