**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADAM WAYNE TYLER ROBERTS,

   *Plaintiff*,

   v.                                      Case No. 8:18-CV-1062-T-33TGW

PAM BONDI and RICK SWEARINGEN;
   *Defendants*.
_____/

## NOTICE OF MEDIATION

Pursuant to this Court's July 6, 2018 minute order (ECF No. 28) and June 13, 2018 case management and scheduling order (ECF No. 15), counsel for Defendants hereby files this notice of mediation. The parties and the mediator, Thomas Allison, have agreed on the following alternate mediation dates: **October 8, 2018, at 9 am, or as a backup October 12, 2018, at 9 am**. The parties and the mediator have also agreed to conduct the mediation at the offices of **Allison, Chubb & Son, 3000 Bayport Drive, Suite 700, Tampa, FL 33607**.

                                           Respectfully submitted,

                                           PAMELA JO BONDI
                                           ATTORNEY GENERAL

                                           */s/ Edward M. Wenger*
                                           Edward M. Wenger (FBN 85568)
                                           CHIEF DEPUTY SOLICITOR GENERAL
                                           Jordan E. Pratt (FBN 100958)
                                           DEPUTY SOLICITOR GENERAL
                                           Christopher J. Baum (FBN 1007882)
                                           DEPUTY SOLICITOR GENERAL
                                           Office of the Attorney General
                                           The Capitol, Pl-01
                                           Tallahassee, Florida 32399-1050
                                           (850) 414-3300
                                           (850) 410-2672 (fax)

edward.wenger@myfloridalegal.com
jordan.pratt@myfloridalegal.com
christopher.baum@myfloridalegal.com

*Counsel for All Defendants*

## CERTIFICATE OF SERVICE

I certify that on this July 10, 2018, a copy of the foregoing was served on all counsel of record through the Court's CM/ECF Notice of Electronic Filing System. Plaintiff, who is proceeding pro se, has been authorized to use the Court's CM/ECF system. See ECF No. 6.

/s/ *Edward M. Wenger*
Edward M. Wenger