UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAM WAYNE TYLER ROBERTS,

    Plaintiff,

v.                              Case No.: 8:18-cv-1062-T-33TGW

PAM BONDI and
RICK SWEARINGEN,

    Defendants.
_____/

## **ORDER APPOINTING MEDIATOR**

Pursuant to the Notice of Mediation (Doc. # 32), filed on July 10, 2018, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator**:    Thomas Allison

    **Address**:    Allison, Chubb & Son
                    3000 Bayport Drive, Suite 700
                    Tampa, FL 33607

By agreement of the parties, the mediation conference is scheduled for **October 8, 2018, at 9:00 A.M.** at the location listed above.

The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity.

1

Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of July, 2018.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE