# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

# TAMPA DIVISION

ADAM WAYNE TYLER ROBERTS,
Plaintiff,

v.

Case No: 8:18-cv-1062-T-33TGW

PAM BONDI and RICK SWEARINGEN,

**Extension of Time**

   Defendants

_____/

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINES FOR MOTIONS TO ADD PARTIES AND AMEND PLEADINGS

Pursuant Federal Rules of Civil Procedure 6(b), Plaintiff Adam Wayne Tyler Roberts hereby moves for a 30-day extension of the deadline to "Add Parties or to Amend Pleadings" in light of the Defendants' motion to dismiss.  Plaintiff would like to extend the deadline if added parties or amended pleadings are subsequently needed.  Defendants' Counsel do not oppose requested extension.

1.   In "DEFENDANT's MOTION TO DISMISS AND MEMORANDUM OF LAW" (Docket #27) Defendant moves to "dismiss the Attorney General as a defendant."(pg 1 ¶ 1) due to "The Eleventh Amendment bars Plaintiff's

claims against the Attorney General..."(pg 1 ¶ 1) and "Plaintiff lacks standing to sue her so this Court should dismiss the Attorney General as a defendant ".(pg 1 ¶ 1)  Defendants also move to dismiss the complaint in its entirety.

2.  The Case Management and Scheduling Order (Docket #15) lists **August 3, 2018** as a deadline for "Motions to Add Parties or to Amend Pleadings".  Plaintiff has filed his Opposition to Defendant's motion to dismiss on July 30th, 2018, and the issue has not yet been heard. This current deadline presents a potential problem with the case going forward if additional parties or amended pleadings are needed.

3.  Regardless of the validity of Defendants' claims, Plaintiff hereby moves this Honorable Court to grant an extension of the deadline, to amend pleadings to add additional defendants, if necessary.  The estimated time needed would be 30 days.  This is to ensure that the pleadings are proper and proper defendants are named in this case so it can proceed.

4.  If the Court grants this extension, the new deadline will be **September 3, 2018**.  Plaintiff understands that a specific time hasn't been scheduled to hear Defendants' motion, but with the August 3 deadline quickly approaching, Plaintiff trusts 30 days should be sufficient time needed by the Plaintiff if a ruling occurs within the 30 day time frame.

5. Plaintiff, however, remains confident all of his pleadings have proper standing and the Florida Attorney General is the proper defendant in this action.

6. Pursuant to Middle District Local Rule 3.01(g), Plaintiff has spoken with Defendants' Counsel by telephone and email. They are unopposed to such an extension.

**WHEREFORE,** Plaintiff respectfully requests a 30-day extension of the deadline to **September 3, 2018,** to amend pleadings and add parties his complaint if circumstances require.

Dated August 1, 2018

Respectfully Submitted

Adam Wayne Tyler Roberts

_____/s/ Adam Roberts_____

Plaintiff, pro se

<u>CERTIFICATE OF SERVICE</u>

I Adam Wayne Tyler Roberts ,HEREBY CERTIFY that a true and correct copy of the foregoing was served to defendants' counsel through CM/ECF's Notice of Electronic Filing System.


                                           __/s/ Adam Roberts___
                                            Adam Wayne Tyler Roberts