UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAM WAYNE TYLER ROBERTS,

Plaintiff,

v.                                                      Case No. 8:18-CV-1062-T-33TGW

RICK SWEARINGEN,

    Defendant.
_____/

**DEFENDANT'S MOTION TO EXTEND TIME TO DISCLOSE AN EXPERT REPORT**

Defendant Rick Swearingen, Commissioner, Florida Department of Law Enforcement, through undersigned counsel, and pursuant to Fed.R.Civ.P. 6(b), moves to extend time to disclose an expert report. Defendant relies on the Memorandum of Law below.

**MEMORANDUM OF LAW**

A. **BACKGROUND**

On Tuesday of last week, August 21, 2018, this court entered an Order that granted in part, but denied in part, a motion to dismiss that was made on behalf of the two original defendants in this case, Rick Swearingen and Attorney General Pam Bondi. The motion to dismiss was envisioned by Defendant Swearingen to be dispositive. Defendant also believed that the court would be able to adjudicate the instant case as a matter of law. But, with respect to the alleged violation of the Second Amendment of the U.S. Constitution, the court concluded "[t]he Court appreciates Defendants' efforts to explain a complicated subject. But the factual matters Defendants raise cannot be properly considered without converting the Motion to Dismiss into a

1

motion for summary judgment…" [DE 37, page 14].

While the motion was pending, Defendant did not attempt to secure the services of an expert witness. Defendant want to save the State the costs and expenses of potentially unnecessary services. During the last three (3) business days, Defendant has begun searching for an individual who could provide the court with the necessary explanation regarding bump-fire stocks and trigger modifications.

The current deadline for Defendant's disclosure of an expert report is September 17, 2018. However, the discovery deadline does not expire until October 17, 2018, and the summary judgment deadline is not until November 16, 2018.

**B. ARGUMENT**

Pursuant to Fed.R.Civ.P. 6(b), the court may extend time before the expiration of the original time if good cause is shown.

Defendant has diligently responded to Plaintiff's Complaint. After learning last week of the court's need for additional information, Defendant immediately began searching for an expert who could explain what the court believes to be a complicated subject. Any expert will likely want to examine and, potentially use, Plaintiff's weapons and devices. It would not be unexpected for an expert to have scheduling conflicts over the next 2-3 weeks. Thus, at this point, it will be extremely difficult for an expert to perform such an examination, and prepare an expert report, by September 17, 2018. Defendant is respectfully requesting an extension to September 28, 2018 to disclose the expert's report. That is less than a two-week extension, and, importantly, it is well within the deadlines for both the conclusion of discovery, and for submission of summary judgment motions.

WHEREFORE, for the foregoing reasons, Defendant requests that this court extend the

deadline for the disclosure of Defendant's expert report to September 17, 2018.

CERTIFICATE OF CONFERENCE

In accordance with Local Rule 3.01, the undersigned conferred with the pro se plaintiff, who advises that he opposes this request.

s/ Albert J. Bowden
Albert J. Bowden

Respectfully Submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

/s/ Albert J. Bowden
Albert J. Bowden
Special Counsel
Florida Bar No. 802190
Al.Bowden@myfloridalegal.com
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300, Ext. 4716

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email to all counsel, and to the Plaintiff, Adam Wayne Tyler Roberts, via the CM/ECF's Notice of Electronic Filing System since the Plaintiff has been authorized to use that system, this 27th day of August, 2018.

/s/ Albert J. Bowden
Albert J. Bowden