# EXHIBIT A

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

# TAMPA DIVISION

ADAM WAYNE TYLER ROBERTS,
Plaintiff,

v.

Case No: 8:18-cv-1062-T-33TGW

RICK SWEARINGEN,

**RESPONSES TO**

Defendant

**INTERROGATORIES**

_____

## PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Adam Wayne Tyler Roberts hereby responds to the First Set of Interrogatories propounded by the Defendant.

The following responses reflect the current state of the plaintiff's expertise, knowledge, understanding and belief respecting matters about firearms and 'Bump Fire Stocks'.  Plaintiff expressly reserve their right to supplement or modify these responses with such pertinent information as they may hereafter discover or as may be

informed by the opinions of experts retained by the parties to testify in the trial of this matter, and will do so to the extent required by the Federal Rules of Civil Procedure. The plaintiff expressly reserves the right to rely on, at any time, including trial, subsequently discovered documents and/or materials that have been produced promptly upon discovery.

## RESPONSES TO INTERROGATORIES

1. As to <u>each item</u>, including conversion kit, tool, accessory, or device, that you possess or have custody of, that you believe to be prohibited as "bump-fire stock" pursuant to Section 790.222, Florida Statutes, and as referred to in your Complaint, provide the following <u>for each</u>:

   (a). The name of the manufacturer, the model, and the year of purchase;

   (b). Whether it is new or used;

   (c). Whether it has been modified, and if so, by whom;

   (d). If it has been modified, describe in as much detail as possible how it has been modified, and what the modification attempts to accomplish;

   (e). Provide the make, model, year of purchase, and caliber, of the weapon or firearm that the conversion kit, tool, accessory, or device is used with; and

   (f). Describe in as much detail as possible how the conversion kit, tool, accessory, or device increases the rate of fire for the weapon or firearm.

**1. SlideFire Systems SSAR-15 SBS Slide Fire stock**

    a.)

        Manufacturer: SlideFire Systems

        Model:   SSAR-15 SBS

        Year of Purchase: Approximately 2014

    b.) Item was purchased Used.

    c.) Item has not been modified.  It remains factory original.

    d.) Not Applicable

    e.) SSAR-15 can work with any firearm of all calibers that accept an AR-15 Buffer tube.

    However, It is Currently installed in:

        Manufacturer: Manufactured by Plaintiff

        Model: M4A1

        Year of Purchase: Not Purchased.  Manufactured in 2014

        Caliber: 5.56mm.  Will also fire .223 Remington.

    f.)  The SSAR-15 is a comfort device.  It allows comfortable bump-firing of semiautomatic firearms it can be attached to.  Please note that bump-firing is an inherent property of semiautomatic firearms and the SSAR-15 stock does not enable bump firing, nor does it increase the rate of fire of the firearm.

**2. Personally Modified AR-15 Fire Control Group & Receiver**

    a.)

        Manufacturer: Manufactured by Plaintiff.

        Model: None.

        Year of Purchase: Components Purchased Approximately 2005.

    b.) Brand new

    c.) Modified by Plaintiff to shorten trigger reset.

    d.) The only modification to above fire control Group and receiver consists of a standard AR-15 pistol grip hex bolt.  The bolt has a hole drilled through the center and the hole is threaded.  A smaller diameter headless bolt has been inserted and threaded into the bolt. While installed into the firearm and using a modifying screwdriver, one can adjust the trigger pre-travel and reset distance.  Trigger creep is also eliminated.  This would allow one to pull the trigger faster than if unmodified by such an accessory, device and tool in this kit.  This fits the definition in Fla. Stat 790.222, and is therefore a "Bump Fire Stock".

    e.)  This Modification at a minimum can work in any firearm of all calibers that accept Standard AR-15 pistol grips and use Standard AR-15 fire control groups.

    It is Currently installed in:

        Manufacturer: Anderson Manufacturing

        Model: AM-15

>Year of Purchase: Purchased 2018
>
>Caliber: 5.56mm.  Will also fire .223 Remington.

f.) As explained above, this modification decreases trigger pull weight, creep, and shorter reset, enabling faster follow-up shots, and hence a faster rate of fire than unassisted by such an accessory, device and tool in this kit.  This fits the definition of "Bump Fire Stock" in Fla. Stat. 790.222

**3. Modifying Screwdriver**

>a.)
>
>>Manufacturer: Unknown.  Purchased from Harbor Freight.
>>
>>Model:  None or Unknown
>>
>>Year of Purchase: Approximately 2005
>
>b.) Item was purchased New.
>
>c.) Item has not been modified.  It remains factory original.
>
>d.) Not modified.
>
>e.) This screwdriver can be used with all firearms which have adjustable triggers or fire control groups to allow shorter reset, shorter pre-travel, shorter creep or otherwise any other modifications that would allow faster fire.
>
>However, it is currently used with:
>
>>Manufacturer: Anderson Manufacturing
>>
>>Model: AM-15

Year of Purchase: Purchased 2018

Caliber: 5.56mm.  Will also fire .223 Remington.

f.) This screwdriver can be used as a 'tool' which can be used to increase the rate of fire of a firearm with adjustable trigger/fire control groups to allow the firearm to fire at a faster rate than is possible for a person to fire such semiautomatic firearm unassisted by a kit, a tool, an accessory, or a device.  Therefore, a screwdriver fits the definition and is a 'Bump Fire Stock'.

### AFFADAVIT

I, pro se plaintiff  Adam Wayne Tyler Roberts, Under Oath, affirm the foregoing is truthful and correct to the best of my knowledge, wherewithal and abilities and trust the foregoing has been complete and responsive.

Subscribed and swear to under the pains and penalties of perjury this 17th day of September, 2018

Respectfully Submitted

Adam Wayne Tyler Roberts

_____/s/ Adam Roberts_____

Plaintiff, pro se