UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAM WAYNE TYLER ROBERTS :
:
v.                                              :        CASE No. 8:18-cv-1062-T-33TGW
:
RICK SWEARINGEN                     :
in his official capacity as the         :
Commissioner of the Florida Dep't :
of Law Enforcement                    :

---

O R D E R

THIS CAUSE came on for consideration upon the Plaintiff's <u>Pro</u> <u>Se</u>

Motion for Preliminary Injunctive Relief (Doc. 42).  Local Rule 4.06 (and, by

reference, 4.05) will govern these proceedings.

It is specially noted that the plaintiff's legal memorandum must

address the issues stated in Rule 4.05(b)(4) and "[t]he motion must be supported by

allegations of specific facts shown in the verified complaint or accompanying

affidavits." Local Rule 4.05(b)(2).  The plaintiff has not submitted any evidence,

i.e., there is no verified complaint or any supporting affidavits in the record.

Therefore, the plaintiff will be given an opportunity to file such materials, and the

defendant may respond to that evidence.  All papers and affidavits must be served

upon the opposing party.  Local Rule 4.06(b)(3).

Furthermore, the hearing on the preliminary injunction motion "will

be limited in the usual course to argument of counsel" in accordance with Local Rule 4.06, unless a party files a motion showing that an evidentiary hearing is necessary. Finally, the plaintiff is advised that pro se parties are required to comply with the federal procedural rules. Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989)("[O]nce a pro se IFP litigant is in court, he is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure.").

It is, therefore, upon consideration

ORDERED:

1. That the plaintiff has **14** days from the date of this Order to submit evidentiary materials (and supplement his motion, if appropriate).

2. That the defendant may, but he is not required to, submit responsive evidentiary materials within 14 days after service of the plaintiff's submissions.

3. That a hearing on the Plaintiff's Pro Se Motion for Preliminary Injunctive Relief (Doc. 42) is **SCHEDULED** for **October 29, 2018,** at **2:30 p.m.,** in Courtroom 12A, United States Courthouse, 801 North Florida Avenue, Tampa, Florida. The hearing will be electronically recorded.

DONE and ORDERED at Tampa, Florida, this **27**$^{th}$ day of September, 2018.

_____

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE