# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

# TAMPA DIVISION

ADAM WAYNE TYLER ROBERTS,
Plaintiff,

v.

Case No: 8:18-cv-1062-T-33TGW

RICK SWEARINGEN,
Defendant

**AFFIDAVIT OF ADAM WAYNE TYLER ROBERTS**

## AFFIDAVIT OF ADAM WAYNE TYLER ROBERTS IN SUPPORT OF PRELIMINARY INJUNCTION

COUNTY OF MANATEE )

STATE OF FLORIDA )

BEFORE ME, an officer duly authorized to administer oaths, personally appeared Adam Wayne Tyler Roberts, who after being duly sworn deposes and says as follows:

1. My Name is Adam Wayne Tyler Roberts, I am a resident of Bradenton, Florida. The facts set forth in this supporting Affidavit are true and correct. Unless otherwise indicated, they are based on personal

knowledge. I provide this Affidavit voluntarily; without coercion of any kind.

2. I am the Plaintiff in this action and I consider myself a firearms expert with over 20 years experience in the field, and as several years (2010-2014) training as a gunsmith alongside firearms experts at Self Defense Firearms and Hobbies in Palmetto, Florida. I am a federally licensed collector (FFL type 03) of firearms, am licensed to carry a concealed firearm, I legally manufacture my own firearms and re-manufacture ammunition for personal use, and I own some of the most strictly regulated firearms in the United States regulated under the National Firearms Act.

3. When Senate Bill 7026 was being passed in the Florida legislature, I noticed the poor definition of a "Bump Fire Stock" in what eventually became Fla. Stat 790.222. I hypothesized the definition would not include what is commonly a "Bump Stock", but instead include a broad list of devices, namely any kind of trigger modification that would modify trigger characteristics. So I decided to put this to the test.

4. On my first test, I used my personally owned SlideFire Systems SSAR-15 SBS. This is an item I believe to be commonly known as a "Bump Stock". The stock is simply a comfort device; it allows you to bump fire comfortably. I installed the stock on my personally manufactured receiver "M4A1" rifle and with the stock installed I

performed the test. I gripped the grip with my finger forward of the trigger, pulled forward with my off-hand and fired the weapon. This test performed as expected, the recoil 'bumped' the rifle back and forward pressure pushed the trigger onto my trigger finger once again. I was able to bump fire a few 'taps' of 2 or sometimes 3 rounds. As bump firing is an inherent property of semiautomatic firearms, and since I am familiar with this device, this did not surprise me.

5. Next I decided to 'bump fire' the weapon without the bump stock in place. To do so, one just needs to hold their finger stationary as one pulls forward on the rifle. I removed the bump stock, reinstalled a traditional stock and held my trigger finger stationary while pulling forward on the rest of the rifle. As described above with the 'bump stock' the recoil 'bumped' the rifle back and forward pressure pushed the trigger onto my trigger finger once again. As expected, and exactly as with the bumpstock installed above, the weapon fired in short 'bump fired' bursts.

6. Lastly, I wanted to test out the final part of my hypothesis with trigger modifications. I modify triggers in "trigger jobs" by using a standard AR-15 pistol grip hex bolt. The bolt has a hole drilled through the center and the center hole is threaded. A smaller diameter headless slotted threaded rod has been inserted and threaded into the bolt. While installed into the firearm and using a

modifying screwdriver, one can adjust the trigger pre-travel and reset distance. Trigger creep is also eliminated. My hypothesis would be that this would allow one to pull the trigger faster than if unmodified by such an accessory, device and tool in this kit.

7. I fired the rifle as fast as I possibly could, including 'bump firing the rifle without a 'bump stock'; the same as above. I then installed the grip screw into the weapon, and adjusted it to take up trigger creep, pre-travel and reset distance. I then fired the weapon as fast as I possibly could, including 'bump firing' the rifle without a 'bump stock'. Again, not to my surprise, it was at a faster rate than before. The change, was what I believe to be clear and for anyone to easily hear the difference.

8. After performing these demonstrations to test my hypothesis, these facts came to my attention:

(a.) Since the rate of fire was not changed, I believe Fla. Stat 790.222 does not apply to the Slide Fire Systems SSAR-15 SBS.

(b.) Since the rate of fire was increased to a faster rate, I believe Fla. Stat 790.222 does apply to trigger modifications that adjust the trigger pull weight, pre-travel, and reset distance.

(c.) Since a screwdriver was a tool used to adjust the trigger pull weight, pre-travel, and reset distance, I believe Fla. Stat 790.222 does apply to said screwdriver.

9. These results were the basis for formulating and filing my complaint, on May 1 2018.

 

 

Adam Wayne Tyler Roberts

 

SWORN AND SUBSCRIBED TO before me on this  11th  day of October 2018

by  *Adam Roberts*   who is

___ personally known to me

_✓_ has produced  *FL drivers license*   as identification and who did take an oath.



NOTARY PUBLIC

STATE OF FLORIDA AT LARGE

Printed Name _Jelena Kushmider_

<u>CERTIFICATE OF SERVICE</u>

 I Adam Wayne Tyler Roberts ,HEREBY CERTIFY that a true and correct copy of the foregoing was served to defendants' counsel through CM/ECF's Notice of Electronic Filing System.

                                           __/s/ Adam Roberts___

                                           <u>Adam Wayne Tyler Roberts</u>