UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAM WAYNE TYLER ROBERTS,

Plaintiff,

v.                                                                          Case No. 8:18-CV-1062-T-33TGW

RICK SWEARINGEN,

    Defendant.
_____/

**DEFENDANT'S MOTION FOR A TWO DAY
EXTENSION OF TIME TO COMPLETE DISCOVERY
(PLAINTIFF AGREES TO THE RELIEF)**

Defendant Rick Swearingen, Commissioner, Florida Department of Law Enforcement, through undersigned counsel, and pursuant to Fed.R.Civ.P. 6(b), moves for a two-day extension of time to complete discovery, and states the following:

1. The Court set a discovery deadline of October 17, 2018 [Doc # 15].

2. On September 27, 2018, Defendant set Plaintiff's deposition to occur on October 16, 2018.

3. However, the undersigned's offices in Tallahassee were affected by Hurricane Michael all last week: there were preparations for the hurricane on Monday, October 8, 2018, and closure of the offices from Tuesday, October 9, 2018 to Friday, October 12, 2018. The undersigned did not resume business activities until today.

4. Last week, while the Attorney General's offices were closed, Plaintiff provided the undersigned with an affidavit, and eleven different videos. None of that information has yet been

able to be reviewed. Thus, Defendant needs additional review and preparation time before the Plaintiff's deposition.

5. Pursuant to Fed.R.Civ.P. 6(b), the court may extend time before the expiration of the original time if good cause is shown. It is respectfully submitted that the unforeseen consequences of Hurricane Michael have placed Defendant in a disadvantaged position with respect to Plaintiff's deposition, which provides the good cause for an extension of discovery. Moreover, only a two-day extension of time is requested.

6. Plaintiff agrees to the relief requested.

WHEREFORE, for the foregoing reasons, Defendant requests that this court extend the deadline for discovery from October 17, 2018 to October 19, 2018.

CERTIFICATE OF CONFERENCE

In accordance with Local Rule 3.01, the undersigned conferred with the pro se plaintiff, who advises that he agrees to the relief requested.

s/ Albert J. Bowden
Albert J. Bowden

Respectfully Submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

/s/ Albert J. Bowden
Albert J. Bowden
Special Counsel
Florida Bar No. 802190
Al.Bowden@myfloridalegal.com
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300, Ext. 4716

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email to all counsel, and to the Plaintiff, Adam Wayne Tyler Roberts, via the CM/ECF's Notice of Electronic Filing System since the Plaintiff has been authorized to use that system, this 15th day of October 2018.

/s/ Albert J. Bowden
Albert J. Bowden