**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADAM WAYNE TYLER ROBERTS,

   *Plaintiff*,

   v.                                     Case No. 8:18-CV-1062-T-33TGW

RICK SWEARINGEN;

   *Defendant*.

_____/

**DEFENDANT'S UNOPPOSED MOTION TO CLARIFY**

    Defendant Rick Swearingen, in his official capacity as Commissioner of the Florida Department of Law Enforcement, hereby requests that the Court issue an order construing Plaintiff's Amended Complaint (ECF No. 53 (M.D. Fla. Oct. 11, 2018)) as an exhibit to his motion for a preliminary injunction rather than as an amended pleading.

    This Court granted in part and denied in part Defendants' motion to dismiss Plaintiff's original Complaint. Order, ECF No. 37 (M.D. Fla. Aug. 21, 2018). *First*, the Court concluded that Attorney General Bondi "is not a proper defendant in this action," and therefore dismissed "[a]ll Counts . . . to the extent they are brought against Bondi," leaving only Commissioner Swearingen as a defendant. *Id.* at 7. *Second*, the Court "dismissed with prejudice" Counts 1-4 and 7-10 of Plaintiff's Complaint. *Id.* at 10, 16, 21. After the Court denied Defendants' motion to dismiss Plaintiff's Second Amendment claims (Counts 5 and 6), Defendant filed an answer. ECF No. 41 (M.D. Fla. Sept. 7, 2018).

    Plaintiff then moved for a temporary restraining order and a preliminary injunction. The Court denied Plaintiff's motion for a temporary restraining order and referred the motion for a

preliminary injunction to Magistrate Judge Wilson. ECF No. 48 (M.D. Fla. Sept. 26, 2018). Magistrate Judge Wilson set a hearing on the preliminary injunction motion for October 29, 2018. ECF No. 49 (M.D. Fla. Sept. 27, 2018). In doing so, Magistrate Judge Wilson noted that "[t]he plaintiff has not submitted any evidence, i.e., there is no verified complaint or any supporting affidavits in the record. Therefore, the plaintiff will be given an opportunity to file such materials, and the defendant may respond to that evidence." *Id.* at 1.

In response, Plaintiff filed (1) an Amended Complaint, ECF No. 53 (M.D. Fla. Oct. 11, 2018), and (2) an affidavit, ECF No. 54 (M.D. Fla. Oct. 11, 2018). The sole difference between Plaintiff's Amended Complaint and his original Complaint (ECF No. 1 (M.D. Fla. May 1, 2018), however, is that his Amended Complaint is verified; in all other respects, including the Counts and the naming of Attorney General Bondi as a defendant, it appears to be identical. Plaintiff did not amend his Complaint as a matter of course within the time limit prescribed in Fed. R. Civ. P. 15(a)(1), nor did he obtain Defendant's consent or the Court's leave as required by Fed. R. Civ. P. 15(a)(2).

Defendant does not object to Plaintiff's verification of his original Complaint for the purposes of the hearing on Plaintiff's motion for a preliminary injunction. Indeed, Magistrate Judge Wilson expressly contemplated that Plaintiff would be allowed the opportunity to file a verified complaint and any supporting affidavits, and Defendant has no objection to Magistrate Judge Wilson's order. Moreover, Defendant recognizes that this Court would likely grant Plaintiff leave to amend his Complaint under Rule 15(a)(2).

Defendant requests, however, that the Court issue an order clarifying for the record that Plaintiff's filing (ECF No. 53) is an exhibit to Plaintiff's motion for a preliminary injunction, not an amended pleading. Insofar as the Court disagrees and construes Plaintiff's filing as a motion

for leave to file an amended complaint, Defendant submits that Plaintiff should be allowed to amend his complaint by verifying his allegations—but the portions of the Amended Complaint relating to Counts 1-4 and 7-10, as well as those relating to Attorney General Bondi, should be stricken as previously dismissed with prejudice by this Court.

        Respectfully submitted.

        PAMELA JO BONDI
        ATTORNEY GENERAL

        */s/ Christopher J. Baum*
        Christopher J. Baum (FBN 1007882)
        DEPUTY SOLICITOR GENERAL

        Edward M. Wenger (FBN 85568)
        CHIEF DEPUTY SOLICITOR GENERAL
        Jordan E. Pratt (FBN 100958)
        DEPUTY SOLICITOR GENERAL
        Office of the Attorney General
        The Capitol, Pl-01
        Tallahassee, Florida 32399-1050
        (850) 414-3683
        (850) 410-2672 (fax)
        edward.wenger@myfloridalegal.com

        Diana R. Esposito (FBN 16523)
        Office of the Attorney General
        Suite 1100
        501 E Kennedy Blvd
        Tampa, FL 33602
        (813) 233-2600
        diana.esposito@myfloridalegal.com

        Albert J. Bowden (FBN 802190)
        Special Counsel
        Office of the Attorney General
        The Capitol, PL-01
        Tallahassee, FL 32399-1050
        (850) 414-3300
        al.bowden@myfloridalegal.com
        *Counsel for Defendant*

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that counsel for Defendant has conferred with Plaintiff, who is proceeding pro se, regarding this motion. Plaintiff has advised counsel for Defendant that he does not oppose the motion.

/s/ *Christopher J. Baum*
Christopher J. Baum

**CERTIFICATE OF SERVICE**

I certify that on this October 17, 2018, a copy of the foregoing was served on Plaintiff through CM/ECF's Notice of Electronic Filing System. Plaintiff, who is proceeding pro se, has been authorized to use the Court's CM/ECF system. *See* ECF No. 6.

/s/ *Christopher J. Baum*
Christopher J. Baum
