# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

## TAMPA DIVISION

ADAM WAYNE TYLER ROBERTS,
Plaintiff,

v.

Case No: 8:18-cv-1062-T-33TGW

RICK SWEARINGEN,
Defendant

**MOTION FOR POSSESSION OF ELECTRONIC DEVICES IN COURTROOM**

_____

## PLAINTIFF'S UNOPPOSED MOTION TO BRING INTO AND POSSESS ELECTRONIC DEVICES IN THE COURTROOM

Plaintiff, Adam Wayne Tyler Roberts hereby respectfully moves this Honorable Court to allow him to bring electronic devices into the courtroom(s) for presentation of evidence.  It is understood pursuant Order 6:13-mc-94-Orl-22, electronic devices are generally not permitted inside the courtroom.  Exceptions exist for Attorneys, Employees, Jurors, Court-ordered permission and judicial discretion. Plaintiff in this case is acting as his own attorney pro se, and

particularly at issue is the effective presentation of video evidence. Possession of such devices in the courtroom would be purely for the facilitation of presentation of evidence during oral argument.

1. The particular items in question are:

(a). Plaintiff's Sony Vaio Laptop Computer (for video display)

(b). Plaintiff's iPhone (as a backup video display device)

 At all times Plaintiff will comply with all rules within Order 6:13-mc-94-Orl-22, Local Rule 4.11 and all other governing rules.

**2.   WHEREFORE,** for the reasons stated above, Plaintiff respectfully requests this Court to grant an order to allow him bring into, posses and use electronic devices in court for:

(a.) Presentation of evidence, specifically video during the preliminary injunction hearing scheduled on Oct 29 before the Honorable Magistrate Judge Thomas G. Wilson (Doc #49)

(b.) Any further permission for future hearing(s), oral arguments, or days of Trial or anywhere this Court believes an electronic device would be appropriate.

3. Pursuant to Middle District Local Rule 3.01(g), Plaintiff has spoken with Defendant's Counsel by telephone and email. They are

unopposed to this motion.

Dated October 24, 2018

Respectfully Submitted

Adam Wayne Tyler Roberts

_____/s/ Adam Roberts__   _____

Plaintiff, pro se

CERTIFICATE OF SERVICE

 I Adam Wayne Tyler Roberts ,HEREBY CERTIFY that a true and
correct copy of the foregoing was served to defendants'
counsel through CM/ECF's Notice of Electronic Filing
                    System.

___/s/ Adam Roberts____

Adam Wayne Tyler Roberts