UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ADAM WAYNE TYLER ROBERTS,**

**Plaintiff,**

v.                                                            Case No. 8:18-CV-1062-T-33TGW

**RICK SWEARINGEN,**

    **Defendant.**
_____/

<u>**DEFENDANT'S NOTICE OF FILING
EVIDENTIARY MATERIAL IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**</u>

Defendant Rick Swearingen, Commissioner, Florida Department of Law Enforcement, through undersigned counsel, provides this notice of filing evidentiary material in opposition to Plaintiff's Motion for Preliminary Injunctive Relief, and for use in all future proceedings in this case. The following items are either being filed simultaneously, or are being sent via mail to the clerk for filing:

    1. Plaintiff's September 20, 2018, responses to Defendant's First Set of Interrogatories (also previously filed with Defendant's consolidated written response to Plaintiff's motions for preliminary injunction, and for a temporary restraining order – See Doc. 46).

    2. The Report of Defendant's Expert, executed on September 25, 2018 (also previously filed with Defendant's consolidated response to Plaintiff's motions for preliminary injunction, and for a temporary restraining order – See Doc. 46 and 47).

    3. Transcript excerpts (and Exhibits) from the deposition of Plaintiff on October 19,

2018: pages 1-4, 28-31, 53-73, 78-94; and Exhibits 2-5.

s/ Albert J. Bowden
Albert J. Bowden

Respectfully Submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

**/s/** Albert J. Bowden
Albert J. Bowden
Special Counsel
Florida Bar No. 802190
Al.Bowden@myfloridalegal.com
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300, Ext. 4716

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email to all counsel, and to the Plaintiff, Adam Wayne Tyler Roberts, via the CM/ECF's Notice of Electronic Filing System since the Plaintiff has been authorized to use that system, this 25th day of October 2018.

/s/ Albert J. Bowden
Albert J. Bowden
