UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

| | |
|---|---|
| CASE NO. 8:18-cv-1062-T-33TGW | DATE: OCTOBER 29, 2018 |

### Honorable THOMAS G. WILSON

ADAM ROBERTS

-v-

RICK SWEARINGEN

| | |
|---|---|
| Interpreter: N/A | Court Reporter: N/A |
| Time: 2:37 - 3:08 (Total time: 31 min.) | Deputy Clerk: Dawn M. Saucier |
| Tape: Digital | Courtroom 12A |

| | |
|---|---|
| Attorney for Plaintiff: | *Pro se* |
| Attorney for Defendant: | Christopher Baum |

**PROCEEDING:**   Plaintiffs' Pro Se Motion for Preliminary Injunctive Relief with Incorporated Memorandum of Law (Doc. 42); plaintiff's supplement (amended complaint) in support of motion (Doc. 57); defendant's response in opposition thereto (Doc. 46); and defendant's supplemental exhibits in support of memorandum in opposition (Doc. 61)

Court convened.

Oral argument of the parties.

Motion to be taken under advisement.

Court adjourned.