## INDEX of APPENDIX

| Number | Title |
|:---:|:---:|
| 1 | Preliminary Injunction Hearing transcript |
| 2 | Plaintiff's Responses to Defendant's first set of interrogatories |
| 3 | Deposition of Adam Roberts transcript |
| 4 | Defendant's Expert Report |
| 5 | Video (filed in hard copy) |