# Exhibit 1: Preliminary Injunction Hearing Transcript

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                   TAMPA DIVISION

 3            Docket No. 8:18-cv-1062-VMC-TGW

 4  . . . . . . . . . . . . . . .
                                     :
 5  ADAM WAYNE TYLER ROBERTS,        :
                                     :
 6                                   :
                                     :
         Plaintiff,                  :  Tampa, Florida
 7                                   :  October 29, 2018
                v.                   :  2:47 p.m. - 3:08 p.m.
 8                                   :
    RICK SWEARINGEN,                 :
 9  In his official capacity as      :
    Commissioner of the             :
10  Florida Department of            :
    Law Enforcement,                 :
11                                   :
         Defendant.                  :
12  . . . . . . . . . . . . . . .
```

```
13
     TRANSCRIPT OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF
14          BEFORE THE HONORABLE THOMAS G. WILSON
                UNITED STATES MAGISTRATE JUDGE
15

16  APPEARANCES:

17  Counsel for Plaintiff:    Adam Roberts, Pro se

18

19  Counsel for Defendant:    Christopher Baum, Esquire
                              Florida Attorney General's Office
20                            107 West Gaines Street
                              Tallahassee, Florida  32301
21
    Transcriptionist:    Nikki L. Peters, RPR, CRR, CRC, FPR
22                       Federal Official Court Reporter
                         801 North Florida Avenue, Second Floor
23                       Tampa, Florida  33602
                         courttranscripts@outlook.com
24
    Proceedings recorded by FTR Gold Digital Recording.
25  Transcript produced by Computer-Aided Transcription.
```

**P R O C E E D I N G S**

(Court called to order.)

   **THE COURT:**  This is a proceeding in Case No. 8:18-cv-106-VMC-33TGW, Roberts v. Swearingen.

   I'd ask that counsel identify themselves for the record.

   **MR. ROBERTS:**  I'm Adam Roberts.

   **MR. BAUM:**  Christopher Baum for the defendant, Your Honor.

   **THE COURT:**  Okay.  This is a hearing on a motion for a preliminary injunction by the plaintiff.  I have read the -- all the materials, including the exhibits, the affidavits and so on.  So you don't need to start at the beginning.  I'm well-versed in this matter.

   Mr. Roberts, you may proceed.

   **MR. ROBERTS:**  I just would say that there are several things that are required for an injunction.  And, of course, we know that you have to have irreparable injury. You need to -- that the threat -- the threat for that injury is immediate.  It's also that -- it's also that -- it's also -- serve the public interest, and the balance of harm has to reach in my favor.  And I believe that all of these fit the (inaudible) in this case.

   Specifically, I would like to say the substantial threat of irreparable harm is -- would be ... one second --

1    a chilling effect.  Right?  So let's say if -- if -- let's

2    call the chilling effect so (inaudible) causes people to

3    hesitate to exercise its Second Amendment right.

4            **THE COURT:**  That's a First Amendment claim, not a

5    Second Amendment claim.

6            **MR. ROBERTS:**  Can it apply to a Second Amendment

7    as well?

8            **THE COURT:**  Do you have any authority that it

9    does?

10           **MR. ROBERTS:**  I suppose -- I mean, if we would be

11   able to exercise our right -- and I'm just afraid that if

12   that would happen, having these things banned, at least

13   until we find out whether this is a frivolous (inaudible) --

14           **THE COURT:**  You're not here representing anybody

15   else.

16           **MR. ROBERTS:**  That's true.

17           **THE COURT:**  You can't exercise rights on behalf of

18   somebody else.

19           **MR. ROBERTS:**  That's true.

20           **THE COURT:**  That was -- in the First Amendment you

21   can sort of get away with doing that --

22           **MR. ROBERTS:**  Yes.

23           **THE COURT:**  -- something along those lines.  So

24   that's sort of the problem on that argument.

25           **MR. ROBERTS:**  I had to get rid of my bump stock

 1    because the ban went into effect.  I had to get rid of it,

 2    out of the state of Florida, otherwise --

 3              THE COURT:  And I'm aware that that's been done.

 4    So that raises a question whether there is any irreparable

 5    harm.  Even assuming there had been, you know, you don't

 6    even possess those things now.

 7              MR. ROBERTS:  Could I argue that, perhaps, it

 8    would deny me a right, my Second Amendment rights?

 9              THE COURT:  That what?

10              MR. ROBERTS:  Deprive me of my Second Amendment

11    rights.

12              THE COURT:  You're the one that sent them away.

13    The threat was, as I gathered it --

14              MR. ROBERTS:  Uh-huh.

15              THE COURT:  -- that you could be prosecuted for

16    possessing a bump stock or something that was akin to a bump

17    stock.

18              MR. ROBERTS:  It would be --

19              THE COURT:  But, in the meantime, you have --

20    'cause I read the deposition.  You sent it to Texas, so --

21    before the statute ever went into effect, right?

22              MR. ROBERTS:  That's correct.

23              THE COURT:  Okay.  So there's no basis to

24    prosecute you.  They're suggesting they weren't going to

25    anyway.  But now -- but there appears to be no basis for a

 1    prosecution of you, period.

 2              MR. ROBERTS:  I would hope not.

 3              THE COURT:  And I would think not.  But once

 4    that's gone, then the irreparable harm isn't there, which is

 5    a requirement of a preliminary injunction.

 6              MR. ROBERTS:  Understood.

 7              THE COURT:  Okay.

 8              MR. ROBERTS:  There was other points I would touch

 9    on.  But I just think there's -- I didn't find any other

10    remedy that would be available.

11              I truly think this is a violation of my

12    constitutional Second Amendment rights.  It doesn't affect

13    the actual thing they wanted to ban.  It affects something

14    completely different, and that's the problem I see.

15              THE COURT:  Okay.  Well, let me ask you with

16    respect to the merits of the claim, they construe the

17    complaint as not objecting to a prohibition on bump stocks.

18    But your claim has things that you would sort of consider

19    might be covered by the statute, are what's at issue here.

20    So I want to clarify.  Are you contending that you've

21    alleged that bump stocks are -- should not be prohibited?

22    Is that a claim you've made?

23              MR. ROBERTS:  I don't think they should be.  I

24    think what I'm trying to claim in this is that the law

25    doesn't define the bump-fire stock.  It defines something

1    completely different, and calls it a bump-fire stock.

2              THE COURT:  Okay.  I understand.  So I just want

3    to clarify.  'Cause they said you didn't really allege that

4    a prohibition on bump stocks was unconstitutional.  It's a

5    prohibition on something that might be construed as a bump

6    stock is improper.  And so the question is, is that what

7    you're contending?

8              MR. ROBERTS:  It didn't fit the definition of bump

9    stock.

10             THE COURT:  Okay.  But you're not arguing, as I

11   understand it -- at least as to possession -- you're not

12   arguing that the statutory prohibition on bump stocks is

13   unconstitutional.  Are you -- are you making that

14   contention?  Did you make that contention in your complaint?

15             MR. ROBERTS:  I didn't think I can, because it

16   didn't fit the definition.  Does that explain what I'm

17   trying to say here?

18             THE COURT:  You could have, but you didn't, it

19   doesn't appear.  But now -- it doesn't appear to them.  And

20   so that's what -- so what we're talking about here is not

21   whether bump stocks should be prohibited but whether

22   something that might be covered by the definition of bump

23   stocks is improper.  Is that your contention?

24             MR. ROBERTS:  That is my contention.

25             THE COURT:  Okay.  All right.

1          Now, they've said (inaudible).  You have an expert

2    report.  At least you had two -- you had something that was

3    apparently a bump stock, which -- and I gathered you didn't

4    really challenge.  At least that's what I just heard from

5    you.  And all three of the items have now been sent to

6    Texas, and they were sent to Texas before October 1st.

7          **MR. ROBERTS:**  Yes; to avoid prosecution.

8          **THE COURT:**  Okay.  Sure.  To avoid.  I understand

9    that.

10          And so there's no basis for prosecuting you on the

11   other two items, for two reasons.  One is you don't have

12   them now.  And the crime is possessing a bump stock.  And

13   they say they were not bump stocks.  So why do you think

14   they would prosecute you when they take the position, and

15   their expert has filed a report, saying that these -- the

16   trigger mechanism that you've modified is not a bump stock?

17   Why would you think they'd prosecute you?

18          **MR. ROBERTS:**  It leaves it open to prosecution

19   interpretation, and the next Attorney General may

20   reinterpret that to however they choose.  That's the way I

21   see it.  And I -- I didn't know, at the time, they wouldn't

22   be actively prosecuting --

23          **THE COURT:**  And I understand.  It might have been

24   at the time you filed your complaint, you didn't know where

25   they were going.  But they've clarified it now.  And then,

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

1  subsequently, you filed this motion for preliminary

2  injunction, which requires, among other things, that there

3  be a showing of irreparable harm.  But you don't have the

4  items.  You didn't have it after the effective date.

5       And (inaudible), they say what you did have --

6  besides the bump stock, which you're not challenging,

7  they're not bump stocks.  I mean, one was a screwdriver.

8  And I didn't quite understand that part of it, what that

9  would be.  But the trigger mechanism that you're concerned

10 about -- but they're saying -- they have an expert report

11 saying it's not a bump stock, which, obviously, when it --

12 the statute was passed, you didn't know where they were

13 going with that.  So I can understand you may, at the

14 beginning, have been concerned about that item.

15      But for two reasons now:  You don't have it.  And,

16 secondly, they say they wouldn't prosecute you for that

17 because it isn't a bump stock.  So that's sort of the

18 problem with your position now.

19      Okay.  Anything else you want to say?

20      **MR. ROBERTS:**  The tool was -- the screwdriver tool

21 is a tool to adjust the rate of fire of the weapon.  So that

22 was why the screwdriver was considered a tool.

23      **THE COURT:**  And the word "tool" is in the statute.

24      **MR. ROBERTS:**  Yes.  I had to --to -- I didn't

25 know -- as you said, I didn't know whether it was going to

1   go to this, and I can't face myself, you know, against the

2   prosecution.  That's not something --

3        **THE COURT:**  I understand that.  And so the

4   problem, at the beginning, for you, is "I don't know where

5   this is going."  And so you filed the lawsuit and with a

6   whole lot of claims.  I mean, we're now down to two.

7        **MR. ROBERTS:**  Yes.

8        **THE COURT:**  And now they've made their position

9   clear with respect to the trigger mechanism.  It's not a

10  bump stock, and they wouldn't prosecute you.  They've said

11  in the papers they wouldn't prosecute it.  The expert says

12  it's not a bump stock.

13       So at this point, it seems to me, that you

14  shouldn't have any particular apprehension about being

15  prosecuted for two reasons.  One is you don't even have

16  them.

17       **MR. ROBERTS:**  I'm just afraid at the moment, if I

18  make another one, you know, that their minds may change, the

19  next Attorney General gets --

20       **THE COURT:**  Right.  Yeah.  If you make something

21  different that mimics a machine gun, then, yeah, you can be

22  prosecuted.  So we're not giving you free reign to go make

23  whatever you want to.  But what you have -- and you're

24  limited to arguing on your behalf, not somebody else's.  So

25  if you don't make -- you can make -- whatever you have and

1   then sent away -- not the bump stock.  That's different.

2   But the trigger mechanism that you sent away, and now you

3   said a screwdriver, if you bring those back, they're not

4   going to prosecute you, or you make one just like it,

5   they're not going to prosecute you.

6           If you make something that starts to mimic -- to

7   use the statutory language -- mimic a [sic] automatic

8   weapon, then you could get prosecuted.

9           **MR. ROBERTS:**  I don't think it fits the definition

10  of bump-fire stock.  I think they misidentified what they

11  were looking for.  So my --

12          **THE COURT:**  What they were looking for were bump

13  stocks.  And you note in your -- in your papers, and you can

14  point, that there was no killing in Florida from a bump

15  stock.  But bump stocks were involved in the Las Vegas

16  shooting.  It was horrible.  So that's what prompted this.

17  And they -- the legislature, understandably, said, "We don't

18  need these things."

19          You can't have -- because the *Heller* decision on

20  the Second Amendment indicates machine guns can be

21  prohibited.  And so this is akin to a machine gun.  And

22  you're not arguing otherwise, at this point.

23          **MR. ROBERTS:**  Well, I'd like to pull this up and

24  argue this.  The bump stock has no affect on the weapon

25  itself.  It doesn't change its rate of fire whatsoever.

1      **THE COURT:**  And I understand.  I read the

2   deposition and so you -- you two went around on that one.

3   But --

4          **MR. ROBERTS:**  I have videos I could -- I made that

5   I sent to the defendant's counsel, and it shows exactly

6   this.

7          **THE COURT:**  But, see, at this point, you're not

8   even -- as I clarified, you haven't challenged the

9   prohibition on bump stocks.  And, besides that, you don't

10   even have a bump stock right now in your possession.

11          So the point is that it's irrelevant that nobody

12   has been killed in Florida with a bump stock.  They've been

13   killed elsewhere by a bump stock.  And that -- I didn't look

14   at the legislative (inaudible) but I'm pretty sure that's

15   what prompted it.  That was awful.

16          So -- but that isn't even what we're talking

17   about.  Because you confirmed what they've been saying, is

18   you haven't challenged the prohibition on bump stocks.

19   You're concerned that the definition might cover something

20   that you make or something that somebody else makes that

21   could increase the rate of fire.  And that's what's here.

22   But I don't see that going anywhere because they're not --

23   they said what you made -- so you can make more of them, if

24   you want to -- they're not bump stocks.  Or forget bump

25   stocks, they're not something that's covered by the bump

1    stock statute, and they wouldn't prosecute you for that.

2            And let me ask the defendant, if he makes

3    something else -- not the same thing, but some trigger

4    mechanism, can he get some kind of advisory opinion as to

5    whether or not it's covered by the bump stock provision?

6            **MR. BAUM:**  Your Honor, I don't know if FDLE has a

7    mechanism for obtaining that type of advisory opinion.  I

8    know that the Attorney General --

9            **THE COURT:**  But she's been voted out.

10           **MR. BAUM:**  That's correct, Your Honor.  So I

11   can't --

12           **THE COURT:**  Yeah.  But would the Attorney

13   General's Office be able to provide that advisory opinion?

14           **MR. BAUM:**  On some sort of informal basis or --

15   I'm sorry?

16           **THE COURT:**  Well, I'm just asking -- he's raised a

17   concern:  "Okay.  I might do something else.  It isn't

18   exactly what I've already done, classic bump stock" --

19           **MR. BAUM:**  True.

20           **THE COURT:**  -- "but I'd like to know, am I going

21   to get prosecuted if I make something else."

22           **MR. BAUM:**  I don't know if the Attorney General

23   can provide that type of opinion.  However, I would say that

24   we've tried to clarify as best we can for Mr. Roberts what

25   exactly the statute prohibits (inaudible) something that

1   would cause more than one round to be fired with a single

2   operation.  So, for example, if you pull the trigger and a

3   modification causes two bullets to be fired with one pull of

4   the trigger, that would be something that could be -- that

5   would fall under the statute.  So we've tried to make it

6   clear how the Attorney General construes the statute as

7   drafted.

8           **THE COURT:**  But does -- you know, as I said, you

9   two went around in the deposition of whether it's two pulls

10  of the trigger or one pull of the trigger.  Apparently, the

11  finger doesn't move, which was your point, right?

12          **MR. BAUM:**  That's correct, Your Honor, (inaudible)

13  stock, yes.

14          **THE COURT:**  All right.  Okay.  But, at this point,

15  you can't say one way or the other whether, if he makes

16  something else --

17          **MR. BAUM:**  I can't, standing here now, tell you

18  that we would be able to provide some sort of advisory

19  opinion, because I'm not familiar enough with FDLE's or the

20  Attorney General's general policy on issuing that type of

21  policy document.

22          **THE COURT:**  Okay.  All right.

23          **MR. ROBERTS:**  That's the issue we have here, is

24  that I don't know.  And one day I get a knock on my door,

25  and, you know, I'm in handcuffs.

1    **THE COURT:**  I know.  Well, if you make something

2  different, I guess you can file a new lawsuit.

3    **MR. ROBERTS:**  That --

4    **THE COURT:**  But, as it stands, if you get the

5  trigger mechanism and the screwdriver back, they're not --

6  they said they wouldn't prosecute you.  Those aren't bump

7  stocks.

8    **MR. ROBERTS:**  But it's not binding.

9    **THE COURT:**  What?

10    **MR. ROBERTS:**  It's not binding.  You know, it

11  wouldn't be something that would --

12    **THE COURT:**  I can assure you they have put it in

13  their papers.

14    **MR. ROBERTS:**  Would that be an affirmative

15  defense?

16    **THE COURT:**  Pardon?

17    **MR. ROBERTS:**  Would that be an affirmative defense

18  against a State prosecution?

19    **THE COURT:**  I would think you would go immediately

20  to the newspapers and start complaining.

21    **MR. BAUM:**  Your Honor, if I may, I think there

22  might also be issues of judicial estoppel.

23    **THE COURT:**  Sure.  There is.  There's a doctrine

24  called judicial estoppel.  When they tell the Court one

25  thing and then they do something else, there's a Doctrine of

1    Judicial Estoppel, that they're stuck with what they said

2    the first time.

3            **MR. BAUM:**  Yes, Your Honor.  I also think the --

4    the expert report would be a pretty powerful weapon that he

5    could use in defending against any type of prosecution.

6            **THE COURT:**  Absolutely.  And you wouldn't have to

7    find an expert.  They got one.

8            So with respect to what you have now -- you had

9    three items.  One of them is a bump stock, apparently.

10   That's what the expert says.  And you haven't raised -- as

11   you confirm here, you haven't raised a challenge to a

12   prohibition on the bump stocks.

13           **MR. ROBERTS:**  I cannot, because I don't think it

14   fits the definition of the law.

15           **THE COURT:**  Pardon?

16           **MR. ROBERTS:**  I cannot, because I don't think it

17   fits the definition under the law.  You can bump fire

18   without the bump stock.  You can do the exact same thing

19   without it.  It's not required.

20           **THE COURT:**  That's a different argument.  The

21   point is, you have a bump stock -- don't get it back from

22   the guy in Texas, 'cause then you can be prosecuted.  But

23   the other two items, they've said -- I'm not sure.  Did the

24   expert comment on the screwdriver?  I don't remember.

25           **MR. BAUM:**  Yes, Your Honor.

 1          **THE COURT:**  Okay.  And you can get those two back,

 2  and they said they wouldn't prosecute you.  Or you can make

 3  another one of those, and they said they wouldn't prosecute

 4  that.  If you make something different, there's -- it's

 5  still in play.  And so, you know, I guess if you made

 6  something different that you were concerned about, you can

 7  file another lawsuit.

 8          **MR. ROBERTS:**  Okay.

 9          **THE COURT:**  All right.  Anything further you want

10  to say about this?

11          **MR. BAUM:**  Well, Your Honor, I think you've

12  identified the key flaws with Mr. Roberts' motion for

13  preliminary injunction, as well as with his case as it

14  stands now.  I just would like to emphasize the -- I'd like

15  to focus on the non-irreparable harm that you've pointed to.

16  In addition to the untimeliness of the motion, which Judge

17  Covington found strongly militated against the issuance of a

18  TRO --

19          **THE COURT:**  TRO is different.  'Cause the cases

20  generally are -- that talk about delay involve trademarks or

21  copyrights or something like that.  You understand, you

22  have -- people go on doing it, in which you're harmed.  But,

23  in this circumstance, he wasn't subject to prosecution until

24  October 1st.  So I'm not sure -- it's probably the right

25  thing to do with a TRO.  Don't come racing in at the last

1  minute and say you need a TRO, but I'm not sure that -- and

2  I'm not going to rely upon that.

3        **MR. BAUM:**  Sure.  And we don't really need to.

4  The evidence, including the deposition, established that the

5  two items -- that Mr. Roberts could not suffer any

6  irreparable harm based on those two items.  For example, he

7  testified that he told his friend to, quote, "Keep it,

8  because they are simple to make," unquote.  And as to the

9  screwdriver, quote, "If I wanted it back, I suppose I could

10 ask for it," unquote.  That's the transcript --

11       **THE COURT:**  I read the deposition.

12       **MR. BAUM:**  Sure.  And all of that demonstrates

13 that he doesn't even necessarily want the items back from

14 his friend in Texas, and he can certainly, you know, make a

15 new one.  Money damages could compensate him if he --

16       **THE COURT:**  We're getting a little bit offtrack.

17 I'm not sure money -- I'm not sure he can sue the state of

18 Florida to get compensation.  That isn't the easiest thing

19 to do.

20       **MR. BAUM:**  Sure.  But if he was to get a judgment

21 that the statute is unconstitutional, he might be able to

22 get money damages to compensate him to buy the materials

23 necessary to create this new modified (inaudible) with the

24 screwdriver.

25       **THE COURT:**  Okay.

1          **MR. BAUM:**  And so --

2          **THE COURT:**  I'm not relying upon that, 'cause I'm

3     not -- there's a lot of hurdles to get money damages from

4     the state of Florida.

5          **MR. BAUM:**  That's true, Your Honor.  But we also

6     maintain that Mr. Roberts has not met his burden on the

7     other three factors as well.  We've discussed the likelihood

8     of success.  I would also note that Judge Covington,

9     herself, construed his complaint in the manner that we -- in

10    the manner that he's not --

11         **THE COURT:**  So he's saying, "I just want to

12    confirm it."

13         **MR. BAUM:**  Yeah.

14         **THE COURT:**  He's confirmed -- 'cause he's the

15    master of his complaint.

16         **MR. BAUM:**  That's correct, Your Honor.

17         **THE COURT:**  Okay.  And he's a pro se plaintiff, so

18    he's entitled to a liberal construction.

19         So you're entitled to a liberal construction.

20    What you're not entitled to is to violate procedure rules

21    just because you're pro se.

22         So he's now confirmed that your construction is

23    what he had in mind.

24         **MR. BAUM:**  That's right, Your Honor.  I would also

25    just briefly mention the last two factors.  Mr. Roberts has

1    not shown that the injury to the defendant were -- or that

2    the -- would be --

3         **THE COURT:**  What's the injury to the defendant if

4    there's a preliminary injunction?

5         **MR. BAUM:**  The defendant's motion is to promote

6    public safety throughout the state of Florida.  And this is

7    a statute that was plainly enacted for the purposes of

8    public safety.  And not being able to enforce the statute

9    could constitute harm to defendant and could be against the

10   public interest, which is plain --

11        **THE COURT:**  That's -- yeah.  I didn't have any

12   problem with number four.  Yeah.

13        **MR. BAUM:**  So unless Your Honor would want any

14   further argument on the likelihood of success or of

15   irreparable harm, I think you've identified the key flaws

16   with Mr. Roberts' motion for preliminary injunction.

17        **THE COURT:**  Okay.  Anything you want to say

18   further?

19        **MR. ROBERTS:**  I had a few things.  It was just --

20   I still think -- I tried to show the (inaudible) affect

21   (inaudible) exercise of rights.  It's not about the monetary

22   value of the items.  It's the freedom in exercising those

23   rights.  That's the key factor here.  That's irreparable.

24        **THE COURT:**  Second Amendment advocates can still

25   think that bump stocks are bad.  Okay.  I'll quote one.  My

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

1  daughter is a Tampa police officer.  She's a strong

2  supporter of the Second Amendment.  She has a number of

3  weapons.  She goes shooting regularly.  She thinks there's

4  no reason to have a bump stock.  And I'm sure her position

5  is not unusual.

6          So after what happened in Las Vegas, the number of

7  people who were killed, it's understandable that a

8  legislature would want to prohibit it.  In fact, there was a

9  cry for it.

10          Do you know how many other states might have done

11  this?

12          **MR. BAUM:**  I haven't (inaudible) but as I think

13  Mr. Roberts even mentioned in one of his filings, the

14  federal government is planning to institute a ruling that

15  would potentially outlaw them throughout the country.  And

16  I'm sure that will be subject to challenge as well.

17          **MR. ROBERTS:**  That will be challenged as well.

18          **THE COURT:**  Okay.  But, Mr. Roberts, because

19  the -- I don't have any problem with talking the language of

20  something that mimics an automatic rifle.  That one is fine.

21  But then there's another phrase that, okay, that could get,

22  you know, subject to interpretation.

23          **MR. BAUM:**  Yes, Your Honor.  I don't think that

24  Mr. Roberts has identified any basis for -- any reason why

25  that clause would not be severed, if it were found to be

1    unconstitutional as violating the Second Amendment.  I

2    believe the ban on -- the first definition, which is

3    indicating automatic weapon stock --

4              **THE COURT:**  I'm just talking about whatever the

5    government does --

6              **MR. BAUM:**  Sure.

7              **THE COURT:**  -- the federal government better

8    tighten it up a little bit.

9              **MR. BAUM:**  That may be the case, Your Honor.  I

10   honestly don't know --

11             **THE COURT:**  Okay.

12             **MR. BAUM:**  -- (inaudible).

13             **THE COURT:**  But that might -- you know, 'cause if

14   the federal government bans it, bans bump stocks, depending

15   on their deposition -- definition, that could clarify things

16   for you or you could file a lawsuit.

17             **MR. ROBERTS:**  I'd have to hold this -- (inaudible)

18   hold this case in abeyance until that was settled.  You

19   know, I would not waste judicial resources for that.

20             **THE COURT:**  Okay.  Well, whether Judge Covington

21   wants to do that --

22             **MR. ROBERTS:**  Okay.

23             **THE COURT:**  -- (inaudible) for summary judgment.

24   At this point, all we're talking about is the preliminary

25   injunction.

1        **MR. ROBERTS:**  Right.

2        **THE COURT:**  So anything further anybody wants to

3  talk about that issue?

4        **MR. BAUM:**  I would just mention that as Your Honor

5  is well aware, that a preliminary injunction is an

6  extraordinary, drastic measure.

7        **THE COURT:**  That's the key -- that's the language

8  that's used over and over by the Eleventh Circuit.  It's

9  extraordinary and a drastic remedy.  So, ordinarily, that's

10  tough to come by.

11        All right.  Anything further?

12        **MR. ROBERTS:**  It was worth trying.

13        **THE COURT:**  Pardon?

14        **MR. ROBERTS:**  It was worth trying.

15        **THE COURT:**  I'm not -- no.  And I'll go back to

16  the -- your point at the beginning, is you didn't know what

17  it was going to cover.  'Cause there is a phrase in there

18  that is somewhat problematic.

19        **MR. BAUM:**  Uh-huh.

20        **THE COURT:**  But at the time of the preliminary

21  injunction motion, I think you knew, you know, they weren't

22  going to prosecute you for that, what you were concerned

23  about.  And, B, you didn't have them.  So ...

24        All right.  Court will be in recess.

25        (The foregoing proceedings concluded at 3:08 p.m.)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

1                    **C E R T I F I C A T E**

2

3          I certify that the foregoing is a correct

4     transcript from the record of proceedings in the

5     above-entitled matter.

6

7     November 7, 2018

8

9     ____s\__Nikki_L._Peters_____
      Nikki L. Peters, RPR, CRR, CRC, FPR
10    Federal Official Court Reporter
      United States District Court
11    Middle District of Florida

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

MR. BAUM: [29]
MR. ROBERTS: [45]
THE COURT: [73]

---

**'**

---

'cause [8] 4/20 6/3 15/22 16/19 18/2 18/14 21/13 22/17

---

**1**

---

107 [1] 1/20
1st [2] 7/6 16/24

---

**2**

---

2018 [2] 1/7 23/7
29 [1] 1/7
2:47 [1] 1/7

---

**3**

---

32301 [1] 1/20
33602 [1] 1/23
33TGW [1] 2/4
3:08 [2] 1/7 22/25

---

**8**

---

801 [1] 1/22
8:18-cv-1062-VMC-TGW [1] 1/3

---

**A**

---

abeyance [1] 21/18

able [5] 3/11 12/13 13/18 17/21 19/8
about [13] 6/20 8/10 8/14 9/14 11/17 16/6 16/10 16/20 19/21 21/4 21/24 22/3 22/23
above [1] 23/5
above-entitled [1] 23/5
Absolutely [1] 15/6
actively [1] 7/22
actual [1] 5/13
ADAM [3] 1/5 1/17 2/7
addition [1] 16/16
adjust [1] 8/21
advisory [4] 12/4 12/7 12/13 13/18
advocates [1] 19/24
affect [3] 5/12 10/24 19/20
affects [1] 5/13
affidavits [1] 2/13
affirmative [2] 14/14 14/17
afraid [2] 3/11 9/17
after [2] 8/4 20/6
against [5] 9/1 14/18 15/5 16/17 19/9
Aided [1] 1/25

akin [2] 4/16 10/21
all [11] 2/12 2/22 6/25 7/5 13/14 13/22 16/9 17/12 21/24 22/11 22/24
allege [1] 6/3
alleged [1] 5/21
along [1] 3/23
already [1] 12/18
also [8] 2/20 2/20 2/21 14/22 15/3 18/5 18/8 18/24
am [1] 12/20
Amendment [12] 3/3 3/4 3/5 3/6 3/20 4/8 4/10 5/12 10/20 19/24 20/2 21/1
among [1] 8/2
another [4] 9/18 16/3 16/7 20/21
any [11] 3/8 4/4 5/9 9/14 15/5 17/5 19/11 19/13 20/19 20/24 20/24
anybody [2] 3/14 22/2
anything [5] 8/19 16/9 19/17 22/2 22/11
anyway [1] 4/25
anywhere [1] 11/22
apparently [3] 7/3

## A

apparently... [2]  13/10 15/9
appear [2]  6/19 6/19
APPEARANCES [1]  1/16
appears [1]  4/25
apply [1]  3/6
apprehension [1]  9/14
are [10]  2/16 2/17 5/19 5/20 5/21 6/13 6/13 16/20 17/8 19/25
aren't [1]  14/6
argue [2]  4/7 10/24
arguing [4]  6/10 6/12 9/24 10/22
argument [3]  3/24 15/20 19/14
around [2]  11/2 13/9
as [25]
ask [4]  2/5 5/15 12/2 17/10
asking [1]  12/16
assuming [1]  4/5
assure [1]  14/12
Attorney [8]  1/19 7/19 9/19 12/8 12/12 12/22 13/6

authority [1]  3/8
automatic [3]  10/7 20/20 21/3
available [1]  5/10
Avenue [1]  1/22
avoid [2]  7/7 7/8
aware [2]  4/3 22/5
away [4]  3/21 4/12 10/1 10/2
awful [1]  11/15

## B

back [7]  10/3 14/5 15/21 16/1 17/9 17/13 22/15
bad [1]  19/25
balance [1]  2/21
ban [3]  4/1 5/13 21/2
banned [1]  3/12
bans [2]  21/14 21/14
based [1]  17/6
basis [5]  4/23 4/25 7/10 12/14 20/24
Baum [2]  1/19 2/8
be [38]
because [12]  4/1 6/15 8/17 10/19 11/17 11/22 13/19 15/13 15/16 17/8 18/21 20/18

been [9]  4/3 4/5 7/5 7/23 8/14 11/12 11/12 11/17 12/9
before [3]  1/14 4/21 7/6
beginning [4]  2/14 8/14 9/4 22/16
behalf [2]  3/17 9/24
being [2]  9/14 19/8
believe [2]  2/22 21/2
besides [2]  8/6 11/9
best [1]  12/24
better [1]  21/7
binding [2]  14/8 14/10
bit [2]  17/16 21/8
briefly [1]  18/25
bring [1]  10/3
bullets [1]  13/3
bump [48]
bump-fire [3]  5/25 6/1 10/10
burden [1]  18/6
buy [1]  17/22

## C

call [1]  3/2
called [2]  2/2 14/24
calls [1]  6/1
can [23]  3/6 3/21 6/15 8/13 9/21 9/25 10/13 10/20 11/23

**C**

**Christopher [2]** 1/19 2/8

**Circuit [1]** 22/8

**circumstance [1]** 16/23

**claim [6]** 3/4 3/5 5/16 5/18 5/22 5/24

**claims [1]** 9/6

**clarified [2]** 7/25 11/8

**clarify [4]** 5/20 6/3 12/24 21/15

**classic [1]** 12/18

**clause [1]** 20/25

**clear [2]** 9/9 13/6

**come [2]** 16/25 22/10

**comment [1]** 15/24

**Commissioner [1]** 1/9

**compensate [2]** 17/15 17/22

**compensation [1]** 17/18

**complaining [1]** 14/20

**complaint [5]** 5/17 6/14 7/24 18/9 18/15

**completely [2]** 5/14 6/1

**Computer [1]** 1/25

**can... [14]** 12/4 12/23 12/24 14/2 14/12 15/17 15/18 15/22 16/1 16/2 16/6 17/14 17/17 19/24

**can't [6]** 3/17 9/1 10/19 12/11 13/15 13/17

**cannot [2]** 15/13 15/16

**capacity [1]** 1/9

**case [5]** 2/4 2/23 16/13 21/9 21/18

**Case No. 8:18-cv-106-VMC-33TGW [1]** 2/4

**cases [1]** 16/19

**cause [1]** 13/1

**causes [2]** 3/2 13/3

**certainly [1]** 17/14

**certify [1]** 23/3

**challenge [3]** 7/4 15/11 20/16

**challenged [3]** 11/8 11/18 20/17

**challenging [1]** 8/6

**change [2]** 9/18 10/25

**chilling [2]** 3/1 3/2

**choose [1]** 7/20

**Computer-Aided [1]** 1/25

**concern [1]** 12/17

**concerned [5]** 8/9 8/14 11/19 16/6 22/22

**concluded [1]** 22/25

**confirm [2]** 15/11 18/12

**confirmed [3]** 11/17 18/14 18/22

**consider [1]** 5/18

**considered [1]** 8/22

**constitute [1]** 19/9

**constitutional [1]** 5/12

**construction [3]** 18/18 18/19 18/22

**construe [1]** 5/16

**construed [2]** 6/5 18/9

**construes [1]** 13/6

**contending [2]** 5/20 6/7

**contention [4]** 6/14 6/14 6/23 6/24

**copyrights [1]** 16/21

**correct [5]** 4/22 12/10 13/12 18/16 23/3

# C

could [16]  4/7 4/15
6/18 10/8 11/4
11/21 13/4 15/5
17/5 17/9 17/15
19/9 19/9 20/21
21/15 21/16
counsel [4]  1/17
1/19 2/5 11/5
country [1]  20/15
course [1]  2/18
COURT [7]  1/1
1/22 2/2 14/24
22/24 23/10 23/10
courttranscripts [1]
1/23
cover [2]  11/19
22/17
covered [4]  5/19
6/22 11/25 12/5
Covington [3]
16/17 18/8 21/20
CRC [2]  1/21 23/9
create [1]  17/23
crime [1]  7/12
CRR [2]  1/21 23/9
cry [1]  20/9
cv [2]  1/3 2/4

# D

damages [3]  17/15
17/22 18/3

daughter [1]  20/1
day [1]  13/24
decision [1]  10/19
defendant [7]  1/11
1/19 2/8 12/2 19/1
19/3 19/9
defendant's [2]
11/5 19/5
defending [1]  15/5
defense [2]  14/15
14/17
define [1]  5/25
defines [1]  5/25
definition [9]  6/8
6/16 6/22 10/9
11/19 15/14 15/17
21/2 21/15
delay [1]  16/20
demonstrates [1]
17/12
deny [1]  4/8
Department [1]
1/10
depending [1]
21/14
deposition [6]  4/20
11/2 13/9 17/4
17/11 21/15
Deprive [1]  4/10
did [3]  6/14 8/5
15/23

didn't [18]  5/9 6/3
6/8 6/15 6/16 6/18
7/3 7/21 7/24 8/4
8/8 8/12 8/24 8/25
11/13 19/11 22/16
22/23
different [9]  5/14
6/1 9/21 10/1 14/2
15/20 16/4 16/6
16/19
Digital [1]  1/24
discussed [1]  18/7
DISTRICT [4]  1/1
1/1 23/10 23/11
DIVISION [1]  1/2
do [9]  3/8 7/13
12/17 14/25 15/18
16/25 17/19 20/10
21/21
Docket [1]  1/3
doctrine [2]  14/23
14/25
document [1]  13/21
does [4]  3/9 6/16
13/8 21/5
doesn't [7]  5/12
5/25 6/19 6/19
10/25 13/11 17/13
doing [2]  3/21
16/22
don't [25]
done [3]  4/3 12/18

done... [1]  20/10
door [1]  13/24
down [1]  9/6
drafted [1]  13/7
drastic [2]  22/6
 22/9

## E

easiest [1]  17/18
effect [4]  3/1 3/2
 4/1 4/21
effective [1]  8/4
Eleventh [1]  22/8
else [9]  3/15 3/18
 8/19 11/20 12/3
 12/17 12/21 13/16
 14/25
else's [1]  9/24
elsewhere [1]  11/13
emphasize [1]
 16/14
enacted [1]  19/7
enforce [1]  19/8
Enforcement [1]
 1/10
enough [1]  13/19
entitled [4]  18/18
 18/19 18/20 23/5
Esquire [1]  1/19
established [1]  17/4
estoppel [3]  14/22

even [8]  4/5 4/6
 9/15 11/8 11/10
 11/16 17/13 20/13
ever [1]  4/21
evidence [1]  17/4
exact [1]  15/18
exactly [3]  11/5
 12/18 12/25
example [2]  13/2
 17/6
exercise [4]  3/3
 3/11 3/17 19/21
exercising [1]  19/22
exhibits [1]  2/12
expert [8]  7/1 7/15
 8/10 9/11 15/4 15/7
 15/10 15/24
explain [1]  6/16
extraordinary [2]
 22/6 22/9

## F

face [1]  9/1
fact [1]  20/8
factor [1]  19/23
factors [2]  18/7
 18/25
fall [1]  13/5
familiar [1]  13/19
favor [1]  2/22
FDLE [1]  12/6
FDLE's [1]  13/19

20/14 21/7 21/14
 23/10
few [1]  19/19
file [3]  14/2 16/7
 21/16
filed [4]  7/15 7/24
 8/1 9/5
filings [1]  20/13
find [3]  3/13 5/9
 15/7
fine [1]  20/20
finger [1]  13/11
fire [7]  5/25 6/1
 8/21 10/10 10/25
 11/21 15/17
fired [2]  13/1 13/3
first [4]  3/4 3/20
 15/2 21/2
fit [3]  2/23 6/8 6/16
fits [3]  10/9 15/14
 15/17
flaws [2]  16/12
 19/15
Floor [1]  1/22
FLORIDA [14]  1/1
 1/6 1/10 1/19 1/20
 1/22 1/23 4/2 10/14
 11/12 17/18 18/4
 19/6 23/11
focus [1]  16/15
foregoing [2]  22/25

# F

foregoing... [1] 23/3
forget [1] 11/24
found [2] 16/17 20/25
four [1] 19/12
FPR [2] 1/21 23/9
free [1] 9/22
freedom [1] 19/22
friend [2] 17/7 17/14
frivolous [1] 3/13
FTR [1] 1/24
further [5] 16/9 19/14 19/18 22/2 22/11

# G

Gaines [1] 1/20
gathered [2] 4/13 7/3
general [6] 7/19 9/19 12/8 12/22 13/6 13/20
General's [3] 1/19 12/13 13/20
generally [1] 16/20
get [15] 3/21 3/25 4/1 10/8 12/4 12/21 13/24 14/4 15/21 16/1 17/18 17/20

gets [1] 9/19
getting [1] 17/16
giving [1] 9/22
go [5] 9/1 9/22 14/19 16/22 22/15
goes [1] 20/3
going [12] 4/24 7/25 8/13 8/25 9/5 10/4 10/5 11/22 12/20 17/2 22/17 22/22
Gold [1] 1/24
gone [1] 5/4
got [1] 15/7
government [4] 20/14 21/5 21/7 21/14
guess [2] 14/2 16/5
gun [2] 9/21 10/21
guns [1] 10/20
guy [1] 15/22

# H

had [9] 3/25 4/1 4/5 7/2 7/2 8/24 15/8 18/23 19/19
handcuffs [1] 13/25
happen [1] 3/12
happened [1] 20/6
harm [9] 2/21 2/25 4/5 5/4 8/3 16/15 17/6 19/9 19/15

has [10] 2/22 5/18 7/15 10/24 11/12 12/6 18/6 18/25 20/2 20/24
have [35]
haven't [5] 11/8 11/18 15/10 15/11 20/12
having [1] 3/12
he [14] 12/2 12/4 13/15 15/4 16/23 17/6 17/7 17/13 17/14 17/15 17/17 17/20 17/21 18/23
he's [8] 12/16 18/10 18/11 18/14 18/14 18/17 18/18 18/22
heard [1] 7/4
hearing [1] 2/10
Heller [1] 10/19
her [1] 20/4
here [9] 3/14 5/19 6/17 6/20 11/21 13/17 13/23 15/11 19/23
herself [1] 18/9
hesitate [1] 3/3
him [2] 17/15 17/22
his [8] 1/9 16/13 17/7 17/14 18/6 18/9 18/15 20/13

## H

hold [2]  21/17 21/18
honestly [1]  21/10
Honor [15]  2/9 12/6 12/10 13/12 14/21 15/3 15/25 16/11 18/5 18/16 18/24 19/13 20/23 21/9 22/4
HONORABLE [1] 1/14
hope [1]  5/2
horrible [1]  10/16
how [2]  13/6 20/10
however [2]  7/20 12/23
huh [2]  4/14 22/19
hurdles [1]  18/3

## I

I'd [5]  2/5 10/23 12/20 16/14 21/17
I'll [2]  19/25 22/15
I'm [24]
I've [1]  12/18
identified [3]  16/12 19/15 20/24
identify [1]  2/5
immediate [1]  2/20
immediately [1] 14/19

improper [2]  6/6 6/23
inaudible [15]  2/23 3/2 3/13 7/1 8/5 11/14 12/25 13/12 17/23 19/20 19/21 20/12 21/12 21/17 21/23
including [2]  2/12 17/4
increase [1]  11/21
indicates [1]  10/20
indicating [1]  21/3
informal [1]  12/14
injunction [10] 2/11 2/17 5/5 8/2 16/13 19/4 19/16 21/25 22/5 22/21
INJUNCTIVE [1] 1/13
injury [4]  2/18 2/19 19/1 19/3
institute [1]  20/14
interest [2]  2/21 19/10
interpretation [2] 7/19 20/22
involve [1]  16/20
involved [1]  10/15
irrelevant [1]  11/11
irreparable [9] 2/18 2/25 4/4 5/4

8/3 16/15 17/6 19/15 19/23
is [52]
isn't [5]  5/4 8/17 11/16 12/17 17/18
issuance [1]  16/17
issue [3]  5/19 13/23 22/3
issues [1]  14/22
issuing [1]  13/20
it [59]
it's [19]  2/20 2/20 2/20 6/4 8/11 9/9 9/12 11/11 12/5 13/9 14/8 14/10 15/19 16/4 16/24 19/21 19/22 20/7 22/8
item [1]  8/14
items [9]  7/5 7/11 8/4 15/9 15/23 17/5 17/6 17/13 19/22
its [2]  3/3 10/25
itself [1]  10/25

## J

JUDGE [4]  1/14 16/16 18/8 21/20
judgment [2]  17/20 21/23
judicial [4]  14/22 14/24 15/1 21/19
just [15]  2/16 3/11

**J**

just... [13]  5/9 6/2
 7/4 9/17 10/4 12/16
 16/14 18/11 18/21
 18/25 19/19 21/4
 22/4

**K**

Keep [1]  17/7
key [4]  16/12 19/15
 19/23 22/7
killed [3]  11/12
 11/13 20/7
killing [1]  10/14
kind [1]  12/4
knew [1]  22/21
knock [1]  13/24
know [28]

**L**

language [3]  10/7
 20/19 22/7
Las [2]  10/15 20/6
last [2]  16/25 18/25
law [4]  1/10 5/24
 15/14 15/17
lawsuit [4]  9/5 14/2
 16/7 21/16
least [4]  3/12 6/11
 7/2 7/4
leaves [1]  7/18
legislative [1]  11/14
legislature [2]

let [2]  5/15 12/2
let's [2]  3/1 3/1
liberal [2]  18/18
 18/19
like [7]  2/24 10/4
 10/23 12/20 16/14
 16/14 16/21
likelihood [2]  18/7
 19/14
limited [1]  9/24
lines [1]  3/23
little [2]  17/16 21/8
look [1]  11/13
looking [2]  10/11
 10/12
lot [2]  9/6 18/3

**M**

machine [3]  9/21
 10/20 10/21
made [5]  5/22 9/8
 11/4 11/23 16/5
MAGISTRATE [1]
 1/14
maintain [1]  18/6
make [17]  6/14
 9/18 9/20 9/22 9/25
 9/25 10/4 10/6
 11/20 11/23 12/21
 13/5 14/1 16/2 16/4
 17/8 17/14
makes [3]  11/20

making [1]  6/13
manner [2]  18/9
 18/10
many [1]  20/10
master [1]  18/15
materials [2]  2/12
 17/22
matter [2]  2/14
 23/5
may [6]  2/15 7/19
 8/13 9/18 14/21
 21/9
me [5]  4/8 4/10
 5/15 9/13 12/2
mean [3]  3/10 8/7
 9/6
meantime [1]  4/19
measure [1]  22/6
mechanism [7]
 7/16 8/9 9/9 10/2
 12/4 12/7 14/5
mention [2]  18/25
 22/4
mentioned [1]
 20/13
merits [1]  5/16
met [1]  18/6
MIDDLE [2]  1/1
 23/11
might [10]  5/19 6/5
 6/22 7/23 11/19

# M

might... [5]  12/17 14/22 17/21 20/10 21/13
militated [1]  16/17
mimic [2]  10/6 10/7
mimics [2]  9/21 20/20
mind [1]  18/23
minds [1]  9/18
minute [1]  17/1
misidentified [1] 10/10
modification [1] 13/3
modified [2]  7/16 17/23
moment [1]  9/17
monetary [1]  19/21
money [4]  17/15 17/17 17/22 18/3
more [2]  11/23 13/1
motion [8]  1/13 2/10 8/1 16/12 16/16 19/5 19/16 22/21
move [1]  13/11
Mr. [10]  2/15 12/24 16/12 17/5 18/6 18/25 19/16 20/13 20/18 20/24
Mr. Roberts [8]
2/15 12/24 17/5 18/6 18/25 20/13 20/18 20/24
Mr. Roberts' [2] 16/12 19/16
my [9]  2/22 3/25 4/8 4/10 5/11 6/24 10/11 13/24 19/25
myself [1]  9/1

# N

necessarily [1] 17/13
necessary [1]  17/23
need [5]  2/13 2/19 10/18 17/1 17/3
new [3]  14/2 17/15 17/23
newspapers [1] 14/20
next [2]  7/19 9/19
Nikki [3]  1/21 23/9 23/9
no [8]  1/3 4/23 4/25 7/10 10/14 10/24 20/4 22/15
No. [1]  2/4
nobody [1]  11/11
non [1]  16/15
non-irreparable [1] 16/15
North [1]  1/22
not [53]

note [2]  10/13 18/8
November [1]  23/7
now [17]  4/6 4/25 6/19 7/1 7/5 7/12 7/25 8/15 8/18 9/6 9/8 10/2 11/10 13/17 15/8 16/14 18/22
number [3]  19/12 20/2 20/6

# O

objecting [1]  5/17
obtaining [1]  12/7
obviously [1]  8/11
October [3]  1/7 7/6 16/24
Office [2]  1/19 12/13
officer [1]  20/1
official [3]  1/9 1/22 23/10
offtrack [1]  17/16
okay [23]  2/10 4/23 5/7 5/15 6/2 6/10 6/25 7/8 8/19 12/17 13/14 13/22 16/1 16/8 17/25 18/17 19/17 19/25 20/18 20/21 21/11 21/20 21/22
once [1]  5/3
one [21]  2/25 4/12

# O

one... [19]  7/11 8/7
9/15 9/18 10/4 11/2
13/1 13/3 13/10
13/15 13/24 14/24
15/7 15/9 16/3
17/15 19/25 20/13
20/20
open [1]  7/18
operation [1]  13/2
opinion [5]  12/4
12/7 12/13 12/23
13/19
order [1]  2/2
ordinarily [1]  22/9
other [8]  5/8 5/9
7/11 8/2 13/15
15/23 18/7 20/10
otherwise [2]  4/2
10/22
our [1]  3/11
out [3]  3/13 4/2
12/9
outlaw [1]  20/15
outlook.com [1]
1/23
over [2]  22/8 22/8

# P

p.m [3]  1/7 1/7
22/25
papers [3]  9/11

10/13 14/13

Pardon [3]  14/16
15/15 22/13
part [1]  8/8
particular [1]  9/14
passed [1]  8/12
people [3]  3/2 16/22
20/7
perhaps [1]  4/7
period [1]  5/1
Peters [3]  1/21 23/9
23/9
phrase [2]  20/21
22/17
plain [1]  19/10
plainly [1]  19/7
plaintiff [4]  1/6
1/17 2/11 18/17
planning [1]  20/14
play [1]  16/5
point [10]  9/13
10/14 10/22 11/7
11/11 13/11 13/14
15/21 21/24 22/16
pointed [1]  16/15
points [1]  5/8
police [1]  20/1
policy [2]  13/20
13/21
position [4]  7/14
8/18 9/8 20/4
possess [1]  4/6

possessing [2]  4/16
7/12
possession [2]  6/11
11/10
potentially [1]
20/15
powerful [1]  15/4
preliminary [10]
1/13 2/11 5/5 8/1
16/13 19/4 19/16
21/24 22/5 22/20
pretty [2]  11/14
15/4
pro [3]  1/17 18/17
18/21
probably [1]  16/24
problem [6]  3/24
5/14 8/18 9/4 19/12
20/19
problematic [1]
22/18
procedure [1]
18/20
proceed [1]  2/15
proceeding [1]  2/3
proceedings [3]
1/24 22/25 23/4
produced [1]  1/25
prohibit [1]  20/8
prohibited [3]  5/21
6/21 10/21
prohibition [7]

# P

prohibition... [7] 5/17 6/4 6/5 6/12 11/9 11/18 15/12

prohibits [1] 12/25

promote [1] 19/5

prompted [2] 10/16 11/15

prosecute [13] 4/24 7/14 7/17 8/16 9/10 9/11 10/4 10/5 12/1 14/6 16/2 16/3 22/22

prosecuted [6] 4/15 9/15 9/22 10/8 12/21 15/22

prosecuting [2] 7/10 7/22

prosecution [7] 5/1 7/7 7/18 9/2 14/18 15/5 16/23

provide [3] 12/13 12/23 13/18

provision [1] 12/5

public [4] 2/21 19/6 19/8 19/10

pull [4] 10/23 13/2 13/3 13/10

pulls [1] 13/9

purposes [1] 19/7

put [1] 14/12

# Q

question [2] 4/4 6/6

quite [1] 8/8

quote [3] 17/7 17/9 19/25

# R

racing [1] 16/25

raised [3] 12/16 15/10 15/11

raises [1] 4/4

rate [3] 8/21 10/25 11/21

reach [1] 2/22

read [4] 2/11 4/20 11/1 17/11

really [3] 6/3 7/4 17/3

reason [2] 20/4 20/24

reasons [3] 7/11 8/15 9/15

recess [1] 22/24

record [2] 2/6 23/4

recorded [1] 1/24

Recording [1] 1/24

regularly [1] 20/3

reign [1] 9/22

reinterpret [1] 7/20

RELIEF [1] 1/13

rely [1] 17/2

relying [1] 18/2

remedy [2] 5/10 22/9

remember [1] 15/24

report [4] 7/2 7/15 8/10 15/4

Reporter [2] 1/22 23/10

representing [1] 3/14

required [2] 2/17 15/19

requirement [1] 5/5

requires [1] 8/2

resources [1] 21/19

respect [3] 5/16 9/9 15/8

RICK [1] 1/8

rid [2] 3/25 4/1

rifle [1] 20/20

right [17] 3/1 3/3 3/11 4/8 4/21 6/25 9/20 11/10 13/11 13/14 13/22 16/9 16/24 18/24 22/1 22/11 22/24

rights [6] 3/17 4/8 4/11 5/12 19/21 19/23

ROBERTS [12] 1/5 1/17 2/4 2/7 2/15

**ROBERTS... [7]** 12/24 17/5 18/6 18/25 20/13 20/18 20/24
**Roberts' [2]** 16/12 19/16
**round [1]** 13/1
**RPR [2]** 1/21 23/9
**rules [1]** 18/20
**ruling [1]** 20/14

**S**

**safety [2]** 19/6 19/8
**said [13]** 6/3 7/1 8/25 9/10 10/3 10/17 11/23 13/8 14/6 15/1 15/23 16/2 16/3
**same [2]** 12/3 15/18
**say [13]** 2/16 2/24 3/1 6/17 7/13 8/5 8/16 8/19 12/23 13/15 16/10 17/1 19/17
**saying [5]** 7/15 8/10 8/11 11/17 18/11
**says [2]** 9/11 15/10
**screwdriver [8]** 8/7 8/20 8/22 10/3 14/5 15/24 17/9 17/24
**se [3]** 1/17 18/17 18/21

**second [12]** 1/22 2/25 3/3 3/5 3/6 4/8 4/10 5/12 10/20 19/24 20/2 21/1
**secondly [1]** 8/16
**see [4]** 5/14 7/21 11/7 11/22
**seems [1]** 9/13
**sent [7]** 4/12 4/20 7/5 7/6 10/1 10/2 11/5
**serve [1]** 2/21
**settled [1]** 21/18
**several [1]** 2/17
**severed [1]** 20/25
**She [3]** 20/2 20/3 20/3
**she's [2]** 12/9 20/1
**shooting [2]** 10/16 20/3
**should [3]** 5/21 5/23 6/21
**shouldn't [1]** 9/14
**show [1]** 19/20
**showing [1]** 8/3
**shown [1]** 19/1
**shows [1]** 11/5
**sic [1]** 10/7
**simple [1]** 17/8
**single [1]** 13/1
**so [46]**

**some [4]** 12/3 12/4 12/14 13/18
**somebody [3]** 3/18 9/24 11/20
**something [26]**
**somewhat [1]** 22/18
**sorry [1]** 12/15
**sort [6]** 3/21 3/24 5/18 8/17 12/14 13/18
**Specifically [1]** 2/24
**standing [1]** 13/17
**stands [2]** 14/4 16/14
**start [2]** 2/13 14/20
**starts [1]** 10/6
**state [5]** 4/2 14/18 17/17 18/4 19/6
**states [4]** 1/1 1/14 20/10 23/10
**statute [11]** 4/21 5/19 8/12 8/23 12/1 12/25 13/5 13/6 17/21 19/7 19/8
**statutory [2]** 6/12 10/7
**still [3]** 16/5 19/20 19/24
**stock [31]**
**stocks [18]** 5/17 5/21 6/4 6/12 6/21

S

stocks... [13]  6/23
 7/13 8/7 10/13
 10/15 11/9 11/18
 11/24 11/25 14/7
 15/12 19/25 21/14
Street [1]  1/20
strong [1]  20/1
strongly [1]  16/17
stuck [1]  15/1
subject [3]  16/23
 20/16 20/22
subsequently [1]
 8/1
substantial [1]  2/24
success [2]  18/8
 19/14
sue [1]  17/17
suffer [1]  17/5
suggesting [1]  4/24
summary [1]  21/23
supporter [1]  20/2
suppose [2]  3/10
 17/9
sure [14]  7/8 11/14
 14/23 15/23 16/24
 17/1 17/3 17/12
 17/17 17/17 17/20
 20/4 20/16 21/6
SWEARINGEN [2]
 1/8 2/4
s\ [1]  23/9

T

take [1]  7/14
talk [2]  16/20 22/3
talking [5]  6/20
 11/16 20/19 21/4
 21/24
Tallahassee [1]
 1/20
TAMPA [4]  1/2 1/6
 1/23 20/1
tell [2]  13/17 14/24
testified [1]  17/7
Texas [5]  4/20 7/6
 7/6 15/22 17/14
TGW [1]  1/3
than [1]  13/1
that [136]
that's [34]
their [5]  7/15 9/8
 9/18 14/13 21/15
them [8]  4/12 6/19
 7/12 9/16 11/23
 15/9 20/15 22/23
themselves [1]  2/5
then [8]  5/4 7/25
 9/21 10/1 10/8
 14/25 15/22 20/21
there [13]  2/16 4/4
 4/5 4/25 5/4 5/8 8/2
 10/14 14/21 14/23
 20/8 22/17 22/17
there's [10]  4/23

 5/9 7/10 14/23
 14/25 16/4 18/3
 19/4 20/3 20/21
these [4]  2/22 3/12
 7/15 10/18
they [39]
they'd [1]  7/17
they're [10]  4/24
 8/7 8/10 10/3 10/5
 11/22 11/24 11/25
 14/5 15/1
they've [7]  7/1 7/25
 9/8 9/10 11/12
 11/17 15/23
thing [6]  5/13 12/3
 14/25 15/18 16/25
 17/18
things [8]  2/17 3/12
 4/6 5/18 8/2 10/18
 19/19 21/15
think [22]  5/3 5/9
 5/11 5/23 5/24 6/15
 7/13 7/17 10/9
 10/10 14/19 14/21
 15/3 15/13 15/16
 16/11 19/15 19/20
 19/25 20/12 20/23
 22/21
thinks [1]  20/3
this [27]
THOMAS [1]  1/14
those [8]  3/23 4/6

## T

those... [6]  10/3
14/6 16/1 16/3 17/6
19/22
threat [4]  2/19 2/19
2/25 4/13
three [3]  7/5 15/9
18/7
throughout [2]
19/6 20/15
tighten [1]  21/8
time [4]  7/21 7/24
15/2 22/20
to --to [1]  8/24
told [1]  17/7
tool [5]  8/20 8/20
8/21 8/22 8/23
touch [1]  5/8
tough [1]  22/10
trademarks [1]
16/20
transcript [4]  1/13
1/25 17/10 23/4
Transcription [1]
1/25
Transcriptionist [1]
1/21
tried [3]  12/24 13/5
19/20
trigger [10]  7/16
8/9 9/9 10/2 12/3
13/2 13/4 13/10
13/10 14/5
TRO [4]  16/18
16/19 16/25 17/1
true [4]  3/16 3/19
12/19 18/5
truly [1]  5/11
trying [4]  5/24 6/17
22/12 22/14
two [15]  7/2 7/11
7/11 8/15 9/6 9/15
11/2 13/3 13/9 13/9
15/23 16/1 17/5
17/6 18/25
TYLER [1]  1/5
type [4]  12/7 12/23
13/20 15/5

## U

Uh [2]  4/14 22/19
Uh-huh [2]  4/14
22/19
unconstitutional [4]
6/4 6/13 17/21 21/1
under [2]  13/5
15/17
understand [9]  6/2
6/11 7/8 7/23 8/8
8/13 9/3 11/1 16/21
understandable [1]
20/7
understandably [1]
10/17
Understood [1]  5/6
UNITED [3]  1/1
1/14 23/10
unless [1]  19/13
unquote [2]  17/8
17/10
until [3]  3/13 16/23
21/18
untimeliness [1]
16/16
unusual [1]  20/5
up [2]  10/23 21/8
upon [2]  17/2 18/2
use [2]  10/7 15/5
used [1]  22/8

## V

value [1]  19/22
Vegas [2]  10/15
20/6
versed [1]  2/14
videos [1]  11/4
violate [1]  18/20
violating [1]  21/1
violation [1]  5/11
VMC [2]  1/3 2/4
voted [1]  12/9

## W

want [11]  5/20 6/2
8/19 9/23 11/24
16/9 17/13 18/11
19/13 19/17 20/8
wanted [2]  5/13

# W

wanted... [1]  17/9
wants [2]  21/21
 22/2
was [24]
wasn't [1]  16/23
waste [1]  21/19
way [2]  7/20 13/15
WAYNE [1]  1/5
we [10]  2/18 3/10
 3/13 10/17 12/24
 13/18 13/23 17/3
 18/5 18/9
we're [6]  6/20 9/6
 9/22 11/16 17/16
 21/24
we've [3]  12/24
 13/5 18/7
weapon [5]  8/21
 10/8 10/24 15/4
 21/3
weapons [1]  20/3
well [13]  2/14 3/7
 5/15 10/23 12/16
 14/1 16/11 16/13
 18/7 20/16 20/17
 21/20 22/5
well-versed [1]
 2/14
went [4]  4/1 4/21
 11/2 13/9
were [13]  7/6 7/13

7/25 8/12 10/11
 10/12 10/12 10/15
 16/6 19/1 20/7
 20/25 22/22
weren't [2]  4/24
 22/21
West [1]  1/20
what [28]
what's [3]  5/19
 11/21 19/3
whatever [3]  9/23
 9/25 21/4
whatsoever [1]
 10/25
when [3]  7/14 8/11
 14/24
where [3]  7/24 8/12
 9/4
whether [9]  3/13
 4/4 6/21 6/21 8/25
 12/5 13/9 13/15
 21/20
which [10]  5/4 7/3
 8/2 8/6 8/11 13/11
 16/16 16/22 19/10
 21/2
who [1]  20/7
whole [1]  9/6
why [4]  7/13 7/17
 8/22 20/24
will [3]  20/16 20/17
 22/24

WILSON [1]  1/14
without [2]  15/18
 15/19
word [1]  8/23
worth [2]  22/12
 22/14
would [37]
wouldn't [10]  7/21
 8/16 9/10 9/11 12/1
 14/6 14/11 15/6
 16/2 16/3

# Y

yeah [6]  9/20 9/21
 12/12 18/13 19/11
 19/12
yes [8]  3/22 7/7
 8/24 9/7 13/13 15/3
 15/25 20/23
you [132]
you're [15]  3/14
 4/12 6/7 6/10 6/11
 8/6 8/9 9/23 10/22
 11/7 11/19 16/22
 18/19 18/20 18/21
you've [6]  5/20 5/22
 7/16 16/11 16/15
 19/15
your [27]
Your Honor [12]
 2/9 12/6 12/10
 13/12 14/21 16/11
 18/5 18/16 18/24

**Y**

**Your Honor... [3]**
**19/13 21/9 22/4**