# Exhibit 5: Video (filed in hard copy)